| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Global Processing, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0729900** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **945 150th Street**<br>**Kanawha, IA 50447**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hancock**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **http://www.globalprocessing.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Global Processing, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3112_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | Global Processing, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Global Processing, Inc.** | Case number (*if known*) |
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2022**
MM / DD / YYYY

**X /s/ David M. Wilcox**
Signature of authorized representative of debtor

**David M. Wilcox**
Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Ronald C. Martin**
Signature of attorney for debtor

Date **October 24, 2022**
MM / DD / YYYY

**Ronald C. Martin AT0005050**
Printed name

**Day Rettig Martin, P.C.**
Firm name

**PO Box 2877**
**Cedar Rapids, IA 52406-2877**
Number, Street, City, State & ZIP Code

Contact phone    **(319) 365-0437**    Email address    **ronm@drpjlaw.com**

**AT0005050 IA**
Bar number and State

3E Electrical, Engineering & Equip. Co.
PO Box 850365
Minneapolis, MN 55485-0365


A & P Enterprises, Inc.
2521 River Road
Waterloo, NE 68069


Abbey Teel
919 S Main St.
Clarion, IA 50525


AC/DC Welding & Construction
11 5th Ave.
Livermore, IA 50558


ADM / Harvest Innovations
PO Box 92572
Chicago, IL 60675-2572


AG Advantage, Inc.
PO Box 715
Fort Dodge, IA 50501


ALG Worldwide
PO Box 66725
Chicago, IL 60666


ALPHAMEDIA USA
1418 25th Street
Columbus, NE 68601


Amber Kluver-Heimer
540 310th St.
Woden, IA 50484

American Natural Processors, Inc.
600 Stevens Port Drive, Ste. 325
Dakota Dunes, SD 57049


Amerigas
PO Box 660288
Dallas, TX 75266-0288


Andrea McClintic
103 W Rochelle St
Elwood, NE 68937


Archer Daniel Midland Company
North American Headquarters
Corporate Credit Department
PO Box 1470
Decatur, IL 62525


Arkman Logistics USA Inc.
6131 Orangethorp Ave., Ste. 170C
Buena Park, CA 90620


ATC Ccmmunications
PO Box 300
Arapahoe, NE 68922-0300


Austin Reed
21 Lodge Trail Drive
Monticello, IL 61856


Baird Seed Company
1122 Knox Highway 18
Williamsfield, IL 61489


Benson Hill, Inc.
1001 N. Warson Rd.
Saint Louis, MO 63132

Best-One of Kansas, Inc.
PO Box 268
Great Bend, KS 67530


Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001


Blish-Mize Co.
PO Box 877850
Kansas City, MO 64187-7850


BNSF Railway Company
3110 Solutions Center
Chicago, IL 60677-3001


Brandon Klemmensen
PO BOX 44
Hope, MN 56046


BW Telcom
PO Box 645
Benkelman, NE 69021-0645


Central Valley Ag
PO Box 429
York, NE 68467


Chad Stannard
24749 619th St.
Mantorville, MN 55955


Chris Olson
833 S 5th St.
Albion, NE 68620

Chris Olson
833 S. 5th St.
Albion, NE 68620


Christopher A. Kreuder
Faegre Drinker Biddle & Reath LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309


Christopher K. Loftus
Simmons Perrine Moyer Bergman PLC
1150 5th St., Suite 170
Coralville, IA 52241


Commodity Services, Inc.
1501 S. State Street, Suite 200
Fairmont, MN 56031


Compuweigh Corporation
50 Middle Quarter Road
Woodbury, CT 06798


Conveyco
3470 Washinton Dr., Ste. 211
Egan, MN 55122


Dave Wilcox
24842 617th St.
Mantorville, MN 55955


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602


DEML Logistics LLC
11002 Co. Rd 45 South
Owatonna, MN 55060

Douglas D. Anderson
Saul Ewing Arnstein & Lehr, LLP
33 South 6th St., Suite 4750
Minneapolis, MN 55402


Dustin Langholz
7135 115th Road
Elm Creek, NE 68836


Eagle Ridge Farms, Inc
1063 Hoffman Rd
Loogootee, IN 47553


Earl W. Hill
Earl W. Hill Law Offices, Healy-Way Bldg
35 Main Ave. S
PO Box 301
Britt, IA 50423


Eclipse Transervices Corp.
513 E Court St, 2nd Floor
PO Box 68
Beatrice, NE 68310-0068


Ed Hillenga Trucking
415 260th St.
Wesley, IA 50483


El Dorado/PROAMPAC
25366 Network Place
Chicago, IL 60673-1253


Engh Seed
Attn: Kim Pleggenkuhle
500 3rd St. NE
Mason City, IA 50401

Envirologix Inc.
500 Riverside Industrial Pkwy
Portland, ME 04103


Ethan Kenney
605 N Easy St
Elm Creek, NE 68836


Express Logistics
4651 121st Street
Urbandale, IA 50323


F.W. Cobs Company Inc.
PO Box 30
Saint Albans Bay, VT 05481


Faithway Alliance, LLC
PO Box 995
Guntersville, AL 35976


Farm Credit Services of America
PO Box 2409
Omaha, NE 68103


Farm News
PO Box 3367
Charleston, WV 25333


Farmers Trust & Savings Bank
202 Main Ave. North
Britt, IA 50423


Farmers Trust & Savings Bank
101 N Main St.
Buffalo Center, IA 50424

Fastenal Company
PO Box 978
Winona, MN 55987-0978


FedEx
PO Box 94515
Palatine, IL 60094-4515


Ford Credit
PO Box 552679
Detroit, MI 48255-2679


Frenchman Valley Coop
PO Box 578
202 Broadway
Imperial, NE 69033-0578


Gilberto Castro
315 E 5th St.
Wray, CO 80758


Hancock County Treasurer
855 State Street
PO Box 70
Garner, IA 50438


Hankins Trucking, LLC
PO Box 198
Corwith, IA 50430


Hansen-Mueller Co.
12231 Emmet St., Suite 1
Omaha, NE 68164


Hastings Equity Manufacturing
PO Box 729
Hastings, NE 68902-0729

Hawkeye IA Grain Systems/Sumner Electric
20656 190th Street
PO Box 126
Hawkeye, IA 52147


Herculift, Inc.
5655 Highway 12 West
PO Box 69
Maple Plain, MN 55359


Howlett Farms, Inc.
Attn: Cliff Howlett
1692 Kent Ave.
Britt, IA 50423


Huber Supply
385 Saint John Drive
Owatonna, MN 55060


Hutchison Western
PO Box 1158
Adams City, CO 80022


Illinois Crop Improvement Assoc
3105 Research Road
Champaign, IL 61822


Imperial NAPA
PO Box 846
Imperial, NE 69033


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319


Iowa Soybean Association
PO Box 8174
Des Moines, IA 50301


Jacob Larson
Assistant Attorney General
Hoover Building
1305 E Walnut St. 2nd Floor
Des Moines, IA 50319


Jacob Smidt
1265 Echo Ave.
Kanawha, IA 50447


Jaeschke Trucking
3379 5th Ave South
Fort Dodge, IA 50501


Jaime Ortega Rojas
227 Atkinson Ave.
Haigler, NE 69030


James Kennedy, Bureau Chief
IDALS, Grin Warehouse Bureau
Wallace State Office Building
502 E. 9th St.
Des Moines, IA 50319


James Traub
15 Oakview Dr.
Monticello, IL 61856

Jayden Johanson
2030 Nash Ave
Britt, IA 50423


Jerod Wolff
941 29th St.
Spirit Lake, IA 51360


Jesse Boren
408 Frank Hall Dr
Albert Lea, MN 56007


Jessica Archer
37201 CR Gg
Wray, CO 80758


Jim Shaver Trucking
34264 140th Street SE
Mentor, MN 56736


JMS Millwright & Repair, Inc.
43351 Rd. 760
Lexington, NE 68850


John Cruciani
Husch Blackwell LLP
4801 Main St., Suite 1000
Kansas City, MO 64112-2551


Jordan VonRuden
2573 SE 108th St.
Owatonna, MN 55060


Jose Diaz
816 Hale St.
Wray, CO 80758

K & M Tire
PO Box 279
Delphos, OH 45833


Kanawha Apartments Cooperative
208 West 5th Street
Kanawha, IA 50447


Kim & Sue Pleggenkuhle
2503 S 3rd St
Clear Lake, IA 50428-2834


Krienke Foods International Inc.
Caleb Krienke, Registered Agent
1343 Arden View Dr.
Saint Paul, MN 55112


Krienke Foods International Inc.
Attn: Caleb Krienke
1716 Stuart Ave.
Mountain Lake, MN 56159


Lana Thompsen
704 6th Street S
Ellendale, MN 56026


Laurie Scheur
1329 Hancock Ave.
Kanawha, IA 50447


Lee Agri-Media
Lee Advertising
PO Box 4690
Carol Stream, IL 60197-4690


Legend Seeds Inc.
PO Box 241
De Smet, SD 57231

Long Engineering LLC
13001 Twana Drive
Urbandale, IA 50323


Marco Tchnologies LLC
NW 7128
PO Box 1450
Minneapolis, MN 55485-7128


Mark Albertson
106 Parkside Drive
Goodfield, IL 61742


Massai Agricultural Services S.A.
Bello Horizonte 845 OF. 302
Rancagua, Cachapoal Province 2820000
CHILE


Material Solutions Consulting, LLC
6980 Cody Drive #45
West Des Moines, IA 50266


Matt & Vicki Peterson
10160 743rd Rd.
Bertrand, NE 68927


Matthew L. Roth
Simmons Perrine Moyer Bergman PLC
115 Thrid St. SE, Suite 200
Cedar Rapids, IA 52401-1266


Mead Lumber Co.
1740 Bill Babke Dr.
Columbus, NE 68601


Mediterranean Shipping Company
Freight Cashier Dept.
700 Watermark Blvd
Mount Pleasant, SC 29464

Michael Johnson
111 Hillhaven Dr.
Forest City, IA 50436


Midwest Family Mutual Insurance Co.
PO Box 860593
Minneapolis, MN 55486-0593


Midwest Laboratories, Inc.
PO Box 685
Gretna, NE 68028


Midwest Soya International, Inc.
500 3rd St. NE
Mason City, IA 50401


Minnesota Crop Improvement Association
1900 Hendon Ave.
Saint Paul, MN 55108


Nebraska Dept. of Agriculture/FSCP
FSCP/Weights & Measures
PO Box 94668
Lincoln, NE 68509


Nevada Soy Products
1150 Silver Spur Way
Plumas Lake, CA 95961


Nissin International Transport USA Inc.
PO Box 512391
Los Angeles, CA 90051-0391


North Star Container, LLC
7400 Metro Blvd., Ste. 300
Edina, MN 55439

Northern Iowa Grain Processors, LLC
12456 Addison Ave.
Riceville, IA 50466


Office of the General Counsel
US Department of Agriculture
PO Box 419205; Mail Stop 1401
Kansas City, MO 64141-6205


On-Site Computers Inc.
PO Box 513
Grand Meadow, MN 55936


Patrick Standke
3173 SE 118th St.
Blooming Prairie, MN 55917


PDM Distribution Services, Inc.
2728 6th Ave.
Des Moines, IA 50313


Pipeline Foods, LLC
6499 University Ave. NE, Suite 200
Fridley, MN 55432


Plunkett's Pest Control
Attn: Jeanette McCall
40 NE 52nd Way
Fridley, MN 55421


PT Brokers
PO Box 1949
201 E. Sunflower Road, Suite 12
Cleveland, MS 38732


QFRC - WRAY - Ace Hardware
333 Dexter St.
Wray, CO 80758

Queen Logistics, LLC
PO Box 849
Hickory, NC 28603


Ray-Mont Logistics
300 N Mullan Rd., Ste. 101
Spokane Valley, WA 99206


Reicks Way Logistics
11275 145th Road
Amherst, NE 68812


RFG Logistics Inc.
5820 SO 142nd St.
Omaha, NE 68137


Rhonda Myers
2406 W Olive St.
Decatur, IL 62526


Robert (Joe) Etherington
PO Box 833
Blooming Prairie, MN 55917


Robert Peton, Supervisor Grain Warehouse
IDALS
Wallace State Office Building
502 E. 9th St.
Des Moines, IA 50319


Rocky & DeAnne Peterson
74799 438th Rd.
Bertrand, NE 68927


Rooster Strategic Solutions
PO Box 401
Clinton, IL 61727

```
S & S Trucking
140 Howard Ave.
PO Box 27
Woden, IA 50484


Sandhill Equipment Inc.
44362 US Hwy 20, PO Box 507
Bassett, NE 68714


Scales Sales & Service LLC
8615 Vernon Avenue
Omaha, NE 68134


Scoop Media
PO Box 278
Trenton, NE 69044


Scott L. Halbur
Faegre Drinker Biddle & Reath LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309


SFM
PO Box 583178
Minneapolis, MN 55458-3178


Shane Hagan
PO Box 241 Lakeshore 7 Dr 14-1
Elwood, NE 68937


Spahn Properties, LLC
70318 Haigler Rd.
Haigler, NE 69030


Speltz Farms, Inc.
c/o Michael S. Dove
Gislason & Hunter LLP
PO Box
New Ulm, MN 56073-0458
```

Speltz Farms, Inc.
19457 County Rd 28
Altura, MN 55910


Spirit Hybrids, LLC
14575 University Ave.
Waukee, IA 50263


St. Francis Equity
PO Box 545
Saint Francis, KS 67756


St. Francis Mercantile Equity Exchange
123 N River Street
PO Box 545
Saint Francis, KS 67756


State Grain Inspections, Inc.
PO BOX 11710
Bozeman, MT 59719


Storey Kenworthy/Matt Parrott
309 Locust Street
Des Moines, IA 50309


Stratton Equity Cooperative Co.
98 Colorado Ave.
PO Box 25
Stratton, CO 80836-0025


SunOpta, Inc.
7301 Ohms Ln #600
Minneapolis, MN 55439


Terri Fritz, Director, Grain Warehouse &
Nebraska Public Service Commission
300 The Atrium, 1200 "N" St.
PO Box 94927
Lincoln, NE 68509

The Organic & Non-GMO Report
PO Box 436
Fairfield, IA 52556


TKO Pest Control, LLC
PO Box 223
Palisade, NE 69040


TQL
PO Box 634558
Cincinnati, OH 45263


Tradelanes, Inc.
950 Tower Lane, Suite 2100
Foster City, CA 94404


Trevor Matulka, Staff Attorney
Nebraska Public Service Commission
1200 N Street, Suite 300
Lincoln, NE 68508


Tristan Stock
11750 85th Rd.
Elm Creek, NE 68836


ULINE
PO Box 88741
Chicago, IL 60680-1741


Union Pacific Railroad Co.
12567 Collections Center
Chicago, IL 60693


United Bags, Inc.
PO Box 208548
Dallas, TX 75320-8548

US Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401


Valor Victoria Ltd.
Attn: Accounting
1631 N. Emerson Street, Unit 217
Denver, CO 80218


Vicki Wiebke
24842 617th St.
Mantorville, MN 55955


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


WeFarm Organics (Eden Org. Grains, LLC)
16217 Heron Ave.
La Mirada, CA 90638


Wilson Brajan Garcia
1033 Franklin St.
Wray, CO 80758


World Food Processing, LLC dba PURIS
4301 World Food Ave.
Oskaloosa, IA 52577

# United States Bankruptcy Court
## Northern District of Iowa

In re   **Global Processing, Inc.**                                                            Case No.
                                                      Debtor(s)        Chapter        **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:   **October 24, 2022**                          **/s/ David M. Wilcox**
                                                      **David M. Wilcox/President**
                                                      Signer/Title

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Global Processing, Inc.**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Global Processing, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 24, 2022**

Date

**/s/ Ronald C. Martin**

**Ronald C. Martin AT0005050**

Signature of Attorney or Litigant

Counsel for  **Global Processing, Inc.**

**Day Rettig Martin, P.C.**
**PO Box 2877**
**Cedar Rapids, IA 52406-2877**
**(319) 365-0437 Fax:(319) 365-5866**
**ronm@drpjlaw.com**