**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 21, 2022**

X **/s/ David M. Wilcox**
Signature of individual signing on behalf of debtor

**David M. Wilcox**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **7,105,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **8,532,897.16** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **15,637,897.16** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **4,267,607.34** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **62,799.91** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **14,057,134.23** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **18,387,541.48** |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wray State Bank** | **Checking** | **5539** | **$4,647.87** |
| 3.2. | **Farmers Trust & Savings Bank** | **Checking** | **4281** | **$0.00** |
| 3.3. | **Farmers Trust & Savings Bank** | **Saving** | **2719** | **$1,678.71** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$6,326.58**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,777,625.00** | - | **0.00** | = .... | **$1,777,625.00** |
| 11b. Over 90 days old: | **2,807,126.00** | - | **308,154.00** | =.... | **$2,498,972.00** |

12. **Total of Part 3.** **$4,276,597.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | **Non-GMO Soybeans - Kanawha Location** | **10-24-2022** | **$591,110.34** | **Purchase Price** | **$591,110.34** |
| | **Non-GMO Soybeans - Hope Location** | **10-24-2022** | **$615,051.27** | **Purchase Price** | **$615,051.27** |
| 20. | **Work in progress** | | | | |
| | **Soy Processing on a daily basis.** | | **Unknown** | | **Unknown** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **Bagged Non-GMO Soy Bits - Hope Location** | **10-24-2022** | **$16,914.00** | **Market Value** | **$16,914.00** |
| | **Domestic Organic Soymeal - Haigler Location** | **10-24-2022** | **$425,603.26** | **Market Value** | **$425,603.26** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

| | | | | |
|---|---|---|---|---|
| **Imported Organic Soymeal - Haigler Location** | **10-24-2022** | **$157,590.17** | **At Cost** | **$157,590.17** |
| **Organic Soybean Oil - Haigler Location** | **10-24-2022** | **$82,688.00** | **Market Value** | **$82,688.00** |
| **Non-GMO Soymeal - Riceville Location** | **10-24-2022** | **$18,765.00** | **At Cost** | **$18,765.00** |
| **Non-GMO Soybean Oil - Riceville Location** | **10-24-2022** | **$45,823.50** | **Market Value** | **$45,823.50** |
| **HiOleic Soybean Oil - Riceville Location** | **10-24-2022** | **$78,345.00** | **Market Value** | **$78,345.00** |
| **Domestic Organic Soymeal - Riceville Location** | **10-24-2022** | **$13,050.00** | **At Cost** | **$13,050.00** |
| **Organic Soybean Oil - Riceville Location** | **10-24-2022** | **$5,614.25** | **Market Value** | **$5,614.25** |
| **Aprox. 1400 Bushel of Organic Soybean** | **10/24/2022** | **$39,200.00** | **Market Value** | **$39,200.00** |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **Bags, Totes, Cardboard Bulkheads, etc.** | **10/24/2022** | **$50,000.00** | **Estimated Cost** | **$50,000.00** |

23. **Total of Part 5.** **$2,139,754.79**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ■ Yes. Book value **0.00** Valuation method **Cost (Unknown for Soybeans & Packaging)** Current Value **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ■ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Chairs, desks, tables, etc.** | **$500.00** | | **$500.00** |
| 40. | **Office fixtures**<br>**General** | **$100.00** | | **$100.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer, printer, phone systems, etc.** | **$500.00** | | **$500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$1,100.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2020 Ford F150 Supercrew** | **$40,000.00** | **Estimated Cost** | **$40,000.00** |
| 47.2. | **2022 Ford F150** | **$58,880.15** | **Estimated Cost** | **$58,880.15** |
| 47.3. | **2022 Ford F250** | **$80,800.00** | **Estimated Cost** | **$80,800.00** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

| | | | | |
|---|---|---|---|---|
| 47.4. | **2020 Ford F150 Supercrew** | **$40,000.00** | **Estimated Cost** | **$40,000.00** |
| 47.5. | **New Holland C232 Skid Loader** | **$24,000.00** | **Estimated** | **$24,000.00** |
| 47.6. | **2004 Ford F250** | **$8,400.00** | **Estimated** | **$8,400.00** |
| 47.7. | **See attachment.** | **$1,509,041.00** | **Estimated** | **$1,509,041.00** |
| 47.8. | **Case Skidloader** | **$26,000.00** | **Estimate** | **$26,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$1,787,121.15**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1. | **945 150th Street, Kanawha, IA** | **Owner** | **$5,580,000.00** | **Appraisal** | **$5,580,000.00** |
| 55.2. | **219 N. Porter Avenue Haigler, NE 69030** **(Appraisal of real estate & buildings)** | **Owner of buildings only** | **$625,000.00** | **Appraisal** | **$625,000.00** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Highway 30, Lexington, NE (Appraisal of real estate and buildings)** | **Owner of Buildings only** | **$900,000.00** | **Appraisal** | **$900,000.00** |

56. **Total of Part 9.** **$7,105,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>**www.globalprocessing.org** | **Unknown** | **N/A** | **Unknown** |
| 62. | **Licenses, franchises, and royalties**<br>**Iowa Grain Dealer & Warehouse License (suspended)**<br>**Minnesota Grain Dealer License (suspended)** | **Unknown** | **N/A** | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer/Vendor Lists.** | **Unknown** | **N/A** | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Global Processing, Inc. v. Krienke Foods International, Inc.**<br>**Nature of claim** Breach of Contract, Unjust Enrichment, Collect Amount Due<br>**Amount requested** $22,183.14 | **$22,183.14** |
| **Keith Oltrogge**<br>**Nature of claim**<br>**Amount requested** $0.00 | **Unknown** |
| **Insurance claim with Midwest Family Mutual for hail/wind damage to roof at Lexington, NE facility.**<br>**Nature of claim** Insurance Claim<br>**Amount requested** $48,000.00 | **$7,000.00** |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Day Rettig Martin, P.C. Attorney Retainer held in Trust** | **$11,002.00** |
| **Greg DeWeese Financial Consultant Retainer held in Trust** | **$6,812.50** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Loan from Global Processing to Dave M. Wilcox.** **$275,000.00**

78. **Total of Part 11.** **$321,997.64**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(If known)* **22-00669**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | **$6,326.58** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | **$4,276,597.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | **$2,139,754.79** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | **$1,100.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | **$1,787,121.15** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................**>** | | | | **$7,105,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** | **$321,997.64** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | **$8,532,897.16** | **+** 91b. | **$7,105,000.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | | **$15,637,897.16** |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 AgDirect/Farm Credit Services of America | $20,000.00 | $24,000.00 |
| 2.2 AgDirect/Farm Credit Services of America | $20,000.00 | $26,000.00 |

**2.1** **AgDirect/Farm Credit Services of America**
Creditor's Name

**PO Box 2409**
**Omaha, NE 68103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**New Holland C232 Skid Loader**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,000.00** **$24,000.00**

**2.2** **AgDirect/Farm Credit Services of America**
Creditor's Name

**PO Box 2409**
**Omaha, NE 68103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Case Skidloader**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$20,000.00** **$26,000.00**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Farmers Trust & Savings Bank**
Creditor's Name

**202 Main Ave. North**
**Britt, IA 50423**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Various**

**Last 4 digits of account number**
**2825**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**945 150th Street**
**Kanawha, IA 50447**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$401,151.14** **$5,580,000.00**

---

2.4 **Farmers Trust & Savings Bank**
Creditor's Name

**202 Main Ave. North**
**Britt, IA 50423**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**

**Last 4 digits of account number**
**2845**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Farmers Trust & Savings Bank**
**2. Farmers Trust & Savings Bank**

**Describe debtor's property that is subject to a lien**
**945 150th Street, Kanawha, IA**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,500,000.00** **$5,580,000.00**

---

2.5 **Farmers Trust & Savings Bank**

**Describe debtor's property that is subject to a lien**

**$300,000.00** **$5,580,000.00**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

Creditor's Name

**945 150th Street, Kanawha, IA**

**202 Main Ave. North**
**Britt, IA 50423**
Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**

**Last 4 digits of account number**
**2850**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Farmers Trust & Savings Bank**
Creditor's Name

**Describe debtor's property that is subject to a lien** **$275,000.00** **$275,000.00**

**202 Main Ave. North**
**Britt, IA 50423**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6855**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Farmers Trust & Savings Bank**
Creditor's Name

**Describe debtor's property that is subject to a lien** **$500,000.00** **$500,000.00**
**All**

**202 Main Ave. North**
**Britt, IA 50423**
Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**

**Last 4 digits of account number**
**2860**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Ford Credit**
Creditor's Name

**PO Box 552679**
**Detroit, MI 48255-2679**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**3940**

**Describe debtor's property that is subject to a lien**
**2022 Ford F150**

**$36,832.31** **$58,880.15**

**Describe the lien**
**Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Ford Credit**
Creditor's Name

**PO Box 552679**
**Detroit, MI 48255-2679**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4644**

**Describe debtor's property that is subject to a lien**
**2022 Ford F250**

**$83,092.73** **$80,800.00**

**Describe the lien**
**Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Rocky Peterson**
Creditor's Name
**DeAnne Peterson**
**74799 Road 438**
**Bertrand, NE 68927**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Highway 30, Lexington, NE**

**(Appraisal of real estate and buildings)**

**$131,531.16** **$900,000.00**

**Describe the lien**
**Asset Purchase Agreement**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$4,267,607.34**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian D. Jones**<br>**Siegrist, Jones & Bakke**<br>**94 Main Ave. North**<br>**Britt, IA 50423** | Line **2.3** | |
| **Brian D. Jones**<br>**Siegrist, Jones & Bakke**<br>**94 Main Ave. North**<br>**Britt, IA 50423** | Line **2.4** | |
| **Brian D. Jones**<br>**Siegrist, Jones & Bakke**<br>**94 Main Ave. North**<br>**Britt, IA 50423** | Line **2.5** | |
| **Brian D. Jones**<br>**Siegrist, Jones & Bakke**<br>**94 Main Ave. North**<br>**Britt, IA 50423** | Line **2.7** | |
| **Michael Cunningham**<br>**Cunningham & Kelso PLLC**<br>**2830 100th St., Ste. 106**<br>**Urbandale, IA 50322** | Line **2.1** | |
| **Michael Cunningham**<br>**Cunningham & Kelso PLLC**<br>**2830 100th St., Ste. 106**<br>**Urbandale, IA 50322** | Line **2.2** | |
| **Stephanie Hinz**<br>**Pickes, Barnes & Abernathy**<br>**PO Box 74170**<br>**Cedar Rapids, IA 52407** | Line **2.8** | **3940** |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Stephanie Hinz**
**Pickes, Barnes & Abernathy**
**PO Box 74170**
**Cedar Rapids, IA 52407**

Line **2.9**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Abbey Teel**<br>**919 S Main St.**<br>**Clarion, IA 50525** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$782.80** | **$782.80** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Amber Kluver-Heimer**<br>**540 310th St.**<br>**Woden, IA 50484** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$865.20** | **$865.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com 27254 Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Andrea McClintic**<br>**103 W Rochelle St**<br>**Elwood, NE 68937** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,674.04** | **$2,674.04** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Atsuko Uchiyama** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,233.57** | **$11,233.57** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Austin Reed**<br>**21 Lodge Trail Drive**<br>**Monticello, IL 61856** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,393.70** | **$1,393.70** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Brandon Klemmensen**<br>**PO BOX 44**<br>**Hope, MN 56046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,026.53** | **$1,026.53** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Chad Stannard**<br>**24749 619th St.**<br>**Mantorville, MN 55955** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,376.92** | **$2,376.92** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Dave Wilcox**<br>**24842 617th St.**<br>**Mantorville, MN 55955** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,822.60** | **$2,822.60** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Dustin Langholz**<br>**7135 115th Road**<br>**Elm Creek, NE 68836** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,788.60** | **$1,788.60** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Ethan Kenney**<br>**605 N Easy St**<br>**Elm Creek, NE 68836** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,882.56** | **$5,882.56** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

2.11 Priority creditor's name and mailing address
**Gilberto Castro**
**315 E 5th St.**
**Wray, CO 80758**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$698.29** **$698.29**

Date or dates debt was incurred

Basis for the claim: **Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.12 Priority creditor's name and mailing address
**Hancock County Treasurer**
**855 State Street**
**PO Box 70**
**Garner, IA 50438**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,297.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.13 Priority creditor's name and mailing address
**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.14 Priority creditor's name and mailing address
**Iowa Department of Revenue**
**Office of the Attorney General of Iowa**
**Attn: Bankruptcy Unit**
**1305 E. Walnut Street**
**Des Moines, IA 50319**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Jacob Smidt**<br>**1265 Echo Ave.**<br>**Kanawha, IA 50447** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$813.70** | **$813.70** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Jaime Ortega Rojas**<br>**227 Atkinson Ave.**<br>**Haigler, NE 69030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,168.58** | **$1,168.58** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**James Traub**<br>**15 Oakview Dr.**<br>**Monticello, IL 61856** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,850.00** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Jayden Johanson**<br>**2030 Nash Ave**<br>**Britt, IA 50423** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$824.00** | **$824.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**Jerod Wolff**<br>**941 29th St.**<br>**Spirit Lake, IA 51360** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,421.44** | **$2,421.44** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>**Jesse Boren**<br>**408 Frank Hall Dr**<br>**Albert Lea, MN 56007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,060.50** | **$1,060.50** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>**Jessica Archer**<br>**37201 CR Gg**<br>**Wray, CO 80758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$700.40** | **$700.40** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>**Jordan VonRuden**<br>**2573 SE 108th St.**<br>**Owatonna, MN 55060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,005.15** | **$1,005.15** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Jose Diaz**<br>**816 Hale St.**<br>**Wray, CO 80758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58.71** | **$58.71** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>**Lana Thompsen**<br>**704 6th Street S**<br>**Ellendale, MN 56026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,011.52** | **$1,011.52** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Laurie Scheur**<br>**1329 Hancock Ave.**<br>**Kanawha, IA 50447** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$824.00** | **$824.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**Michael Johnson**<br>**111 Hillhaven Dr.**<br>**Forest City, IA 50436** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$765.06** | **$765.06** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | | | | |
|---|---|---|---|---|
| 2.27 | Priority creditor's name and mailing address<br>**Patrick Standke**<br>**3173 SE 118th St.**<br>**Blooming Prairie, MN 55917** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,555.56** | **$1,555.56** |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.28 | Priority creditor's name and mailing address<br>**Rhonda Myers**<br>**2406 W Olive St.**<br>**Decatur, IL 62526** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$883.42** | **$883.42** |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.29 | Priority creditor's name and mailing address<br>**Robert (Joe) Etherington**<br>**PO Box 833**<br>**Blooming Prairie, MN 55917** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,103.00** | **$1,103.00** |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.30 | Priority creditor's name and mailing address<br>**Shane Hagan**<br>**PO Box 241 Lakeshore 7 Dr 14-1**<br>**Elwood, NE 68937** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,246.05** | **$3,246.05** |
| | Date or dates debt was incurred | Basis for the claim: **Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

2.31 Priority creditor's name and mailing address
**Tristan Stock**
**11750 85th Rd.**
**Elm Creek, NE 68836**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,320.98** **$1,320.98**

Date or dates debt was incurred

Basis for the claim: **Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.32 Priority creditor's name and mailing address
**Vicki Wiebke**
**24842 617th St.**
**Mantorville, MN 55955**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$643.75** **$643.75**

Date or dates debt was incurred

Basis for the claim: **Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.33 Priority creditor's name and mailing address
**Wilson Brajan Garcia**
**1033 Franklin St.**
**Wray, CO 80758**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$702.28** **$702.28**

Date or dates debt was incurred

Basis for the claim: **Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**3E Electrical, Engineering & Equip. Co.**
**PO Box 850365**
**Minneapolis, MN 55485-0365**
**Date(s) debt was incurred** Various
**Last 4 digits of account number** 2227

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$2,427.77**

3.2 **Nonpriority creditor's name and mailing address**
**A & P Enterprises, Inc.**
**2521 River Road**
**Waterloo, NE 68069**
**Date(s) debt was incurred** 07/31/2022, 08/31/2022, & 09/30/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trucking
Is the claim subject to offset? ■ No ☐ Yes

**$936.00**


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.3 | **AC/DC Welding & Construction**<br>**11 5th Ave.**<br>**Livermore, IA 50558**<br>Date(s) debt was incurred Various<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Welding services<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,344.68** |
| 3.4 | **Acuity, A Mutual Insurance Company**<br>**PO Box 58**<br>**Sheboygan, WI 53082**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$235.00** |
| 3.5 | **AG Advantage, Inc.**<br>**PO Box 715**<br>**Fort Dodge, IA 50501**<br>Date(s) debt was incurred 06/22/2022<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Advertising<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,080.00** |
| 3.6 | **Ag Aero Ltd.**<br>**4406 30th Ave.**<br>**Armstrong, IA 50514**<br>Date(s) debt was incurred _<br>Last 4 digits of account number Farmer | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Soybean Production Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | **$187,546.11** |
| 3.7 | **ALG Worldwide**<br>**PO Box 66725**<br>**Chicago, IL 60666**<br>Date(s) debt was incurred 09/21/2022<br>Last 4 digits of account number 0447 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Freight<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,535.00** |
| 3.8 | **ALPHAMEDIA USA**<br>**1418 25th Street**<br>**Columbus, NE 68601**<br>Date(s) debt was incurred 06/30/2022<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Advertising<br>Is the claim subject to offset? ■ No ☐ Yes | **$420.00** |
| 3.9 | **American Natural Processors, Inc.**<br>**600 Stevens Port Drive, Ste. 325**<br>**Dakota Dunes, SD 57049**<br>Date(s) debt was incurred Various<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Oil Processing<br>Is the claim subject to offset? ■ No ☐ Yes | **$38,196.00** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.10 | **Amerigas**<br>**PO Box 660288**<br>**Dallas, TX 75266-0288**<br>Date(s) debt was incurred **09/23/2022**<br>Last 4 digits of account number **9345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Propane**<br>Is the claim subject to offset? ■ No ☐ Yes | **$208.61** |
| 3.11 | **Andy Anderson**<br>**429 365th Street**<br>**Hanlontown, IA 50444**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Grain Contract 1066**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,379.90** |
| 3.12 | **Apis Corporation**<br>**c/o Nguyen Tran Dinh Qui**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.13 | **Archer Daniel Midland Company**<br>**North American Headquarters**<br>**Corporate Credit Department**<br>**PO Box 1470**<br>**Decatur, IL 62525**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Processing Soybeans**<br>Is the claim subject to offset? ■ No ☐ Yes | **$948,961.83** |
| 3.14 | **Arkman Logistics USA Inc.**<br>**6131 Orangethorp Ave., Ste. 170C**<br>**Buena Park, CA 90620**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,687.17** |
| 3.15 | **ATC Ccmmunications**<br>**PO Box 300**<br>**Arapahoe, NE 68922-0300**<br>Date(s) debt was incurred **10/01/2022**<br>Last 4 digits of account number **4446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Phone**<br>Is the claim subject to offset? ■ No ☐ Yes | **$89.38** |
| 3.16 | **Baird Seed Company**<br>**1122 Knox Highway 18**<br>**Williamsfield, IL 61489**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Seed**<br>Is the claim subject to offset? ■ No ☐ Yes | **$53,437.98** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Ben Abbas**<br>**1475 Killdeer Avenue**<br>**Hampton, IA 50441**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Organic Soybeans<br>Is the claim subject to offset? ■ No ☐ Yes | **$45,544.94** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Benson Hill, Inc.**<br>**1001 N. Warson Rd.**<br>**Saint Louis, MO 63132**<br>**Date(s) debt was incurred** Various<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** HiOleic Oil<br>Is the claim subject to offset? ■ No ☐ Yes | **$162,051.30** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Best-One of Kansas, Inc.**<br>**PO Box 268**<br>**Great Bend, KS 67530**<br>**Date(s) debt was incurred** 09/14/2022<br>**Last 4 digits of account number** 2574 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trucking<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,600.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Black Hills Energy**<br>**PO Box 6001**<br>**Rapid City, SD 57709-6001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5363 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Blish-Mize Co.**<br>**PO Box 877850**<br>**Kansas City, MO 64187-7850**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**BNSF Railway Company**<br>**3110 Solutions Center**<br>**Chicago, IL 60677-3001**<br>**Date(s) debt was incurred** 08/05/2022 & 09/09/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Freight<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,719.33** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Brian Waage**<br>**1351 West Hwy 30**<br>**Ellendale, MN 56026**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Grain Contract 1092<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,138.70** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**BW Telcom**<br>**PO Box 645**<br>**Benkelman, NE 69021-0645**<br>**Date(s) debt was incurred** 10/01/2022<br>**Last 4 digits of account number** 15 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Phone<br>Is the claim subject to offset? ■ No ☐ Yes | **$240.87** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Canadec Pte Ltd.**<br>**c/o Shan Lim/Nancy**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Freight<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Cargill**<br>**PO Box 1748**<br>**Cedar Rapids, IA 52406-1748**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract<br>Is the claim subject to offset? ■ No ☐ Yes | **$564,557.40** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Central Valley Ag**<br>**PO Box 429**<br>**York, NE 68467**<br>**Date(s) debt was incurred** 08/03/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,290.14** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Cereal Byproducts**<br>**601 East Kensington Rd.**<br>**Mount Prospect, IL 60056**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract 5468<br>Is the claim subject to offset? ■ No ☐ Yes | **$119,969.01** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Chris Olson**<br>**833 S 5th St.**<br>**Albion, NE 68620**<br>**Date(s) debt was incurred** Monthly<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lease payments for Hope facility<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**City of York**<br>**100 E. 4th Street**<br>**York, NE 68467**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Grain<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | | | |
|---|---|---|---|
| 3.31 | Nonpriority creditor's name and mailing address<br>**Commodity Services, Inc.**<br>**1501 S. State Street, Suite 200**<br>**Fairmont, MN 56031**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,317.60** |
| 3.32 | Nonpriority creditor's name and mailing address<br>**Compuweigh Corporation**<br>**50 Middle Quarter Road**<br>**Woodbury, CT 06798**<br>Date(s) debt was incurred **09/01/2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Scale**<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.33 | Nonpriority creditor's name and mailing address<br>**Conveyco**<br>**3470 Washinton Dr., Ste. 211**<br>**Egan, MN 55122**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **OK2W** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ☐ No ■ Yes | **$198,486.31** |
| 3.34 | Nonpriority creditor's name and mailing address<br>**COSO Logistics**<br>**PO Box 508**<br>**Mokena, IL 60448**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Invoice 9186**<br>**Invoice 9236**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,704.79** |
| 3.35 | Nonpriority creditor's name and mailing address<br>**Culligan**<br>**4860 4th Street SW**<br>**Mason City, IA 50401**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Water**<br>Is the claim subject to offset? ■ No ☐ Yes | **$75.62** |
| 3.36 | Nonpriority creditor's name and mailing address<br>**Cundiff Farms**<br>**c/o Barry Alexander**<br>**5601 Cerulean Road**<br>**Cozid, KY 42211**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Non-GMO Soybeans**<br>Is the claim subject to offset? ■ No ☐ Yes | **$32,146.52** |
| 3.37 | Nonpriority creditor's name and mailing address<br>**Dale Dahlby**<br>**4851 Olive Ave.**<br>**Northwood, IA 50459**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract 1120**<br>**Contract 1219**<br>**Contract 1154**<br>**Contract 1218**<br>Is the claim subject to offset? ■ No ☐ Yes | **$349,181.76** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

3.38 **Nonpriority creditor's name and mailing address**
**Dan Kiefer**
**70420 130th St.**
**Taopi, MN 55977**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$165,286.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract 1162 Contract 1173
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Dan Olsgaard**
**14293 40th St. South**
**Moorhead, MN 56560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$111,424.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Grain Contract 1097
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**Dave Ruhter**
**56201 290th Street**
**Austin, MN 55912**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,065.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract 1050 Contract 1230
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**Dave Wilcox**
**24842 617th St.**
**Mantorville, MN 55955**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$275,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**David Kirsch & Associates**
**125 240th Street**
**Wesley, IA 50483**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$404,078.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract 0143 Contract 0224 Contract 1090 Contract 1111 Contract 1146 Contract 1122
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**David Voigt/Diamond D LLC**
**69875 170th St.**
**Taopi, MN 55977**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$194,054.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract 1171
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Dawson Public Power District**<br>**PO Box 777**<br>**Lexington, NE 68850**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | **$113.28** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**De Lage Landen Financial Services, Inc.**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602**<br>**Date(s) debt was incurred** **09/15/2022 & 10/15/2022**<br>**Last 4 digits of account number** **6135** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Copier**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,642.08** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Debra Schindler**<br>**c/o David Kirsch**<br>**125 240th Street**<br>**Wesley, IA 50483**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Grain**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,449.11** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**DEML Logistics LLC**<br>**11002 Co. Rd 45 South**<br>**Owatonna, MN 55060**<br>**Date(s) debt was incurred** **Various**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,961.34** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Denton Haag**<br>**71346 Rd. 403**<br>**Bartley, NE 69020**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **Farmer** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Contract 5354**<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,451.09** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Doug Martins**<br>**24475 20th Street**<br>**Fairbank, IA 50629**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **Farmer** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Contract 1206**<br>**Contract 1205**<br>**Contract 1231**<br>Is the claim subject to offset? ■ No ☐ Yes | **$47,728.28** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Eagle Ridge Farms, Inc**<br>**1063 Hoffman Rd**<br>**Loogootee, IN 47553**<br>**Date(s) debt was incurred** **08/18/2022**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Grain**<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,025.65** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.51 | **Eclipse Transervices Corp.**<br>**513 E Court St, 2nd Floor**<br>**PO Box 68**<br>**Beatrice, NE 68310-0068**<br>Date(s) debt was incurred **08/18/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$34.60** |
| 3.52 | **Ed Hillenga Trucking**<br>**415 260th St.**<br>**Wesley, IA 50483**<br>Date(s) debt was incurred **08/09/2022 & 09/10/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,670.00** |
| 3.53 | **Ed's Machining & Fabrication, Inc.**<br>**36645 US HIGHWAY 385**<br>**Wray, CO 80758**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Machining**<br>Is the claim subject to offset? ■ No ☐ Yes | **$859.85** |
| 3.54 | **El Dorado/PROAMPAC**<br>**25366 Network Place**<br>**Chicago, IL 60673-1253**<br>Date(s) debt was incurred **07/28 &29/2022**<br>Last 4 digits of account number **7185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Packaging**<br>Is the claim subject to offset? ■ No ☐ Yes | **$80,457.66** |
| 3.55 | **Engh Seed**<br>**Attn: Kim Pleggenkuhle**<br>**500 3rd St. NE**<br>**Mason City, IA 50401**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Real Estate Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.56 | **Envirologix Inc.**<br>**500 Riverside Industrial Pkwy**<br>**Portland, ME 04103**<br>Date(s) debt was incurred **08/02/2022 & 08/08/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Seed Testing**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,005.98** |
| 3.57 | **Express Logistics**<br>**4651 121st Street**<br>**Urbandale, IA 50323**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **6137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$149.46** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**F.W. Cobs Company Inc.**<br>**PO Box 30**<br>**Saint Albans Bay, VT 05481**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Contract Nos. 18193, 18239, 18248**<br>Is the claim subject to offset? ■ No ☐ Yes | **$153,958.09** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Fairview Farms**<br>**2304 150th Street**<br>**Corwith, IA 50430**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **Farmer** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Grain Contract 1211**<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,014.27** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Faithway Alliance, LLC**<br>**PO Box 995**<br>**Guntersville, AL 35976**<br>**Date(s) debt was incurred** **09/07/2022**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$190.48** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Farm News**<br>**PO Box 3367**<br>**Charleston, WV 25333**<br>**Date(s) debt was incurred** **Various**<br>**Last 4 digits of account number** **8372** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,645.00** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Fastenal Company**<br>**PO Box 978**<br>**Winona, MN 55987-0978**<br>**Date(s) debt was incurred** **07/08/2022**<br>**Last 4 digits of account number** **0851** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Fasteners**<br>Is the claim subject to offset? ■ No ☐ Yes | **$97.86** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515**<br>**Date(s) debt was incurred** **10/07/2022**<br>**Last 4 digits of account number** **8020** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Postage**<br>Is the claim subject to offset? ■ No ☐ Yes | **$177.02** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Frenchman Valley Coop**<br>**PO Box 578**<br>**202 Broadway**<br>**Imperial, NE 69033-0578**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Feed Supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,291.73** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.65 **Nonpriority creditor's name and mailing address**
**Full Circle Organics LLC**
**15275 Ream Spring Road**
**Sedalia, MO 65301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$64,181.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Grain Contract 1099
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**GSL**
**407 McGill Street, Suite 315**
**Montreal Quebec H27 2G3**
**Canada**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Grain
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Hankins Trucking, LLC**
**PO Box 198**
**Corwith, IA 50430**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$61,355.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trucking
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**Hansen-Mueller Co.**
**12231 Emmet St., Suite 1**
**Omaha, NE 68164**
**Date(s) debt was incurred** _
**Last 4 digits of account number** GPKAN

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,153.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Transloading & Storage
Is the claim subject to offset? ■ No ☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
**Hastings Equity Manufacturing**
**PO Box 729**
**Hastings, NE 68902-0729**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,938.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Hawkeye IA Grain Systems/Sumner Electric**
**20656 190th Street**
**PO Box 126**
**Hawkeye, IA 52147**
**Date(s) debt was incurred** 12/11/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$73,600.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Construction
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Hensley Battery LLC**
**7203 E 47th Avenue Dr**
**Denver, CO 80216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$530.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Batteries
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.72 **Nonpriority creditor's name and mailing address**
**Herculift, Inc.**
**5655 Highway 12 West**
**PO Box 69**
**Maple Plain, MN 55359**
**Date(s) debt was incurred** 08/15/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$841.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Forklift Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Howlett Farm, Inc.**
**1885 Kent Avenue**
**Britt, IA 50423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$105,542.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract 1121
Contract 1132
Contract 1152
Contract 1229
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Huber Supply**
**385 Saint John Drive**
**Owatonna, MN 55060**
**Date(s) debt was incurred** 08/16/2022
**Last 4 digits of account number** 3165

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,459.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shop Supplies
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Hutchison Western**
**PO Box 1158**
**Adams City, CO 80022**
**Date(s) debt was incurred** 05/24/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,162.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Feed Supplies
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Illinois Crop Improvement Assoc**
**3105 Research Road**
**Champaign, IL 61822**
**Date(s) debt was incurred** 07/07/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$420.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Seed Testing
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Imperial NAPA**
**PO Box 846**
**Imperial, NE 69033**
**Date(s) debt was incurred** 08/31/2022
**Last 4 digits of account number** 1628

**As of the petition filing date, the claim is:** *Check all that apply.* **$590.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Parts
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Iowa Soybean Association**
**PO Box 8174**
**Des Moines, IA 50301**
**Date(s) debt was incurred** 10/01/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,659.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Soybean checkoff
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.79 **Nonpriority creditor's name and mailing address**
**Ioway Farms**
**c/o Artees Vannett**
**3345 B Thrasher Road**
**White Cloud, KS 66094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **Farmer**

**As of the petition filing date, the claim is:** *Check all that apply.* **$81,332.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 1156**
Is the claim subject to offset? ■ No ☐ Yes

---

3.80 **Nonpriority creditor's name and mailing address**
**Jaeschke Trucking**
**3379 5th Ave South**
**Fort Dodge, IA 50501**
**Date(s) debt was incurred** **09/15/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,795.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Freight**
Is the claim subject to offset? ■ No ☐ Yes

---

3.81 **Nonpriority creditor's name and mailing address**
**Jesse Eigste**
**1300 Mt. Moriah Rd.**
**Otterville, MO 65348**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **Farmer**

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,590.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 1101**
Is the claim subject to offset? ■ No ☐ Yes

---

3.82 **Nonpriority creditor's name and mailing address**
**Jim Krull**
**1774 Hwy 105**
**Northwood, IA 50459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **Farmer**

**As of the petition filing date, the claim is:** *Check all that apply.* **$204,985.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 1224**
**Contract 1183**
**Contract 1223**
**Contract 1144**
Is the claim subject to offset? ■ No ☐ Yes

---

3.83 **Nonpriority creditor's name and mailing address**
**Jim Shaver Trucking**
**34264 140th Street SE**
**Mentor, MN 56736**
**Date(s) debt was incurred** **08/14/2022 & 08/31/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trucking**
Is the claim subject to offset? ■ No ☐ Yes

---

3.84 **Nonpriority creditor's name and mailing address**
**JMS Millwright & Repair, Inc.**
**43351 Rd. 760**
**Lexington, NE 68850**
**Date(s) debt was incurred** **08/31/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,536.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Repairs**
Is the claim subject to offset? ■ No ☐ Yes

---

3.85 **Nonpriority creditor's name and mailing address**
**JRT Focus Farms**
**Attn. Troy Knoblock**
**2466 180th St.**
**Rock Rapids, IA 51246**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **Farmer**

**As of the petition filing date, the claim is:** *Check all that apply.* **$115,328.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 1125**
**Contract 1199**
**Contract 1222**
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**JRT Focus Farms**<br>**Attn. Troy Knoblock**<br>**2466 180th St.**<br>**Rock Rapids, IA 51246**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$170,133.74** |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**K & M Tire**<br>**PO Box 279**<br>**Delphos, OH 45833**<br>**Date(s) debt was incurred** Various<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Tires<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,711.98** |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Kaltenheuser Farms**<br>**50690 270th St.**<br>**Ames, IA 50014**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract 1021<br>Contract 1042<br>Contract 1040<br>Is the claim subject to offset? ■ No ☐ Yes | **$126,692.86** |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Kanawha Apartments Cooperative**<br>**208 West 5th Street**<br>**Kanawha, IA 50447**<br>**Date(s) debt was incurred** 08/22/2022 & 08/24/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Employee Rental<br>Is the claim subject to offset? ■ No ☐ Yes | **$420.30** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Kim & Sue Pleggenkuhle**<br>**2503 S 3rd St**<br>**Clear Lake, IA 50428-2834**<br>**Date(s) debt was incurred** 05/13/2022<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Grain<br>Is the claim subject to offset? ■ No ☐ Yes | **$201,305.00** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**L.M. Irving Track Repair**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Track Repair<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Larry Sharer**<br>**2373 320th St.**<br>**Jewell, IA 50130-7518**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract 8141<br>Contract 8153<br>Contract 8162<br>Contract 8170<br>Contract 9185<br>Is the claim subject to offset? ■ No ☐ Yes | **$786,956.66** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.93 | **Lee Agri-Media**<br>**Lee Advertising**<br>**PO Box 4690**<br>**Carol Stream, IL 60197-4690**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **4991** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | **$296.10** |
| 3.94 | **Legend Seeds Inc.**<br>**PO Box 241**<br>**De Smet, SD 57231**<br>Date(s) debt was incurred **04/05/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Seed**<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,834.00** |
| 3.95 | **Long Engineering LLC**<br>**13001 Twana Drive**<br>**Urbandale, IA 50323**<br>Date(s) debt was incurred **09/30/2021**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Building Design**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.96 | **Mametoke**<br>**c/o Ms. Sawaguri**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,501.00** |
| 3.97 | **Marco Tchnologies LLC**<br>**NW 7128**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7128**<br>Date(s) debt was incurred **08/08/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Office Supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,865.50** |
| 3.98 | **Mark Albertson**<br>**106 Parkside Drive**<br>**Goodfield, IL 61742**<br>Date(s) debt was incurred **08/31/22**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Reimbursement**<br>Is the claim subject to offset? ■ No ☐ Yes | **$147.31** |
| 3.99 | **Mark Fredrickson**<br>**2350 390th Street**<br>**Grafton, IA 50440**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract 1029 Spot Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | **$61,264.86** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.100 | **Marusa Corporation**<br>**c/o Naemi Miyagishi**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,650.00** |
| 3.101 | **Massai Agricultural Services S.A.**<br>**Bello Horizonte 845 OF. 302**<br>**Rancagua, Cachapoal Province 2820000**<br>**CHILE**<br>Date(s) debt was incurred **06/22/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Seed Production**<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,560.00** |
| 3.102 | **Material Solutions Consulting, LLC**<br>**6980 Cody Drive #45**<br>**West Des Moines, IA 50266**<br>Date(s) debt was incurred **07/18/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Packaging**<br>Is the claim subject to offset? ■ No ☐ Yes | **$969.77** |
| 3.103 | **Mead Lumber Co.**<br>**1740 Bill Babke Dr.**<br>**Columbus, NE 68601**<br>Date(s) debt was incurred **04/06/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Shop Supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27.72** |
| 3.104 | **Mediacom**<br>**6300 Council St NE**<br>**Cedar Rapids, IA 52402**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Phone**<br>Is the claim subject to offset? ■ No ☐ Yes | **$135.09** |
| 3.105 | **Mediterranean Shipping Company**<br>**Freight Cashier Dept.**<br>**700 Watermark Blvd**<br>**Mount Pleasant, SC 29464**<br>Date(s) debt was incurred **07/21/2022 & 08/11/2022**<br>Last 4 digits of account number **4034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$560.00** |
| 3.106 | **Menno Borntreger**<br>**5052 Nuthatch Avenue**<br>**Northwood, IA 50459**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **09/22/2022 Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,446.28** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | |
|---|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Mervin Anderson**<br>**429 365th Street**<br>**Hanlontown, IA 50444**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract 1036<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,109.70** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**MetroNet**<br>**1619 Dayton Ave Ste 314**<br>**Saint Paul, MN 55104**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Internet<br>Is the claim subject to offset? ■ No ☐ Yes | **$152.20** |
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Midwest Family Mutual Insurance Co.**<br>**PO Box 860593**<br>**Minneapolis, MN 55486-0593**<br>**Date(s) debt was incurred** 09/07/2022<br>**Last 4 digits of account number** 6231 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$62,637.25** |
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**Midwest Laboratories, Inc.**<br>**PO Box 685**<br>**Gretna, NE 68028**<br>**Date(s) debt was incurred** Various<br>**Last 4 digits of account number** 7003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Seed Testing<br>Is the claim subject to offset? ■ No ☐ Yes | **$392.68** |
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**Midwest Soya International, Inc.**<br>**500 3rd St. NE**<br>**Mason City, IA 50401**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Contract 0102<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,144,921.13** |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Midwest Soya International, Inc.**<br>**500 3rd St. NE**<br>**Mason City, IA 50401**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** Farmer | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Contract 1063<br>Contract 1062<br>Contract 1061<br>Contract 1072<br>Is the claim subject to offset? ■ No ☐ Yes | **$485,955.87** |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Minnesota Crop Improvement Association**<br>**1900 Hendon Ave.**<br>**Saint Paul, MN 55108**<br>**Date(s) debt was incurred** 08/22/2022 & 09/09/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Seed Inspection<br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.114 **Nonpriority creditor's name and mailing address**
**Minnesota Soybean Research (SPARC)**
**151 Saint Andrews Ct Ste 710**
**Mankato, MN 56001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,423.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Soybean Checkoff
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**Mitch Brummond**
**11972 County 2**
**Stewartville, MN 55976**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer
**As of the petition filing date, the claim is:** *Check all that apply.* **$59,624.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Grain
Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
**Mizer Milling, Inc.**
**309 STATE STREET**
**Atwood, KS 67730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,012.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Seed
Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
**Myer Farms**
**c/o Duane & Michael Myer**
**4848 420th Avenue**
**Curlew, IA 50527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer
**As of the petition filing date, the claim is:** *Check all that apply.* **$115,487.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Production Agreement
Is the claim subject to offset? ■ No ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**
**Nebraska Dept. of Agriculture/FSCP**
**FSCP/Weights & Measures**
**PO Box 94668**
**Lincoln, NE 68509**
**Date(s) debt was incurred** 09/08/2022
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$20.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Scale Inspection
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Nevada Soy Products**
**1150 Silver Spur Way**
**Plumas Lake, CA 95961**
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,474.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Screwpress
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Nissin International Transport USA Inc.**
**PO Box 512391**
**Los Angeles, CA 90051-0391**
**Date(s) debt was incurred** 06/26/2022
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,444.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Freight
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| | | | |
|---|---|---|---|
| 3.121 | Nonpriority creditor's name and mailing address<br>**North Star Container, LLC**<br>**7400 Metro Blvd., Ste. 300**<br>**Edina, MN 55439**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$97,695.33** |
| 3.122 | Nonpriority creditor's name and mailing address<br>**Northern Bag and Box Company**<br>**311 S. 4th St. Suite #109**<br>**Grand Forks, ND 58201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Packaging**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,580.31** |
| 3.123 | Nonpriority creditor's name and mailing address<br>**Northern Iowa Grain Processors, LLC**<br>**12456 Addison Ave.**<br>**Riceville, IA 50466**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$76,994.08** |
| 3.124 | Nonpriority creditor's name and mailing address<br>**On-Site Computers Inc.**<br>**PO Box 513**<br>**Grand Meadow, MN 55936**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **IT Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,868.52** |
| 3.125 | Nonpriority creditor's name and mailing address<br>**Opins Coop**<br>**130 E. 10th Street**<br>**North Bend, NE 68649**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract 5341**<br>Is the claim subject to offset? ■ No ☐ Yes | **$41,967.00** |
| 3.126 | Nonpriority creditor's name and mailing address<br>**PDM Distribution Services, Inc.**<br>**2728 6th Ave.**<br>**Des Moines, IA 50313**<br>Date(s) debt was incurred **08/30/2022 & 09/01/2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$532.95** |
| 3.127 | Nonpriority creditor's name and mailing address<br>**PH Farms**<br>**c/o Phillip Parish**<br>**3252 Oakgrove Loop**<br>**Eddyville, KY 42038**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract 7011**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,958.34** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.128 **Nonpriority creditor's name and mailing address**
**Pioneer Hi-Bred Int. Inc.**
**182 Industrial Parkway**
**Jackson, MN 56143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **Farmer**

**As of the petition filing date, the claim is:** *Check all that apply.* **$226,309.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 5338**
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Pipeline Foods, LLC**
**6499 University Ave. NE, Suite 200**
**Minneapolis, MN 55432**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **Farmer**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,241,725.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 2433**
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**Plunkett's Pest Control**
**Attn: Jeanette McCall**
**40 NE 52nd Way**
**Fridley, MN 55421**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$822.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Pest Control**
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**PT Brokers**
**PO Box 1949**
**201 E. Sunflower Road, Suite 12**
**Cleveland, MS 38732**
**Date(s) debt was incurred** **Various**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,368.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Freight**
Is the claim subject to offset? ■ No ☐ Yes

3.132 **Nonpriority creditor's name and mailing address**
**QFRC - WRAY - Ace Hardware**
**333 Dexter St.**
**Wray, CO 80758**
**Date(s) debt was incurred** **09/17/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Hardware**
Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**Queen Logistics, LLC**
**PO Box 849**
**Hickory, NC 28603**
**Date(s) debt was incurred** **Various**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,720.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Freight**
Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**Quilling Farms**
**E 6146 610th Ave.**
**Menomonie, WI 54751**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170,915.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Contract 1108**
**Contract 1139**
**Contract 1155**
**Contract 1228**
**Contract 1047**
**Contract 1048**
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.135 | **Randy Schroder**<br>**1456 190th Avenue**<br>**Ogilvie, MN 56358**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Contract 1164 Contract 1225**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,519.26** |
| 3.136 | **Randy Schroht**<br>**3554 NW 57th Avenue**<br>**Owatonna, MN 55060**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Contract 1226**<br>Is the claim subject to offset? ■ No ☐ Yes | **$54,817.07** |
| 3.137 | **Ray-Mont Logistics**<br>**c/o Jackie Lyman**<br>**300 N Mullan Rd., Ste. 101**<br>**Spokane Valley, WA 99206**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$103,504.94** |
| 3.138 | **Reicks Way Logistics**<br>**11275 145th Road**<br>**Amherst, NE 68812**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,674.46** |
| 3.139 | **RFG Logistics Inc.**<br>**5820 SO 142nd St.**<br>**Omaha, NE 68137**<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,027.88** |
| 3.140 | **Rich Bauer**<br>**2491 410th Street**<br>**Nerstrand, MN 55053**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Contract 1198 Contract 1232**<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,131.10** |
| 3.141 | **Richard Studer**<br>**c/o David Kirsch**<br>**125 240th Street**<br>**Wesley, IA 50483**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Grain**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,845.12** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.142 | **Riverpoint Capital**<br>**1 Liberty St., # 2002**<br>**New York, NY 10006**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Merchant Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.143 | **Rooster Strategic Solutions**<br>**PO Box 401**<br>**Clinton, IL 61727**<br>Date(s) debt was incurred **09/16/22**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,720.50** |
| 3.144 | **Russell Peters**<br>**1030 Hill Avenue**<br>**Kanawha, IA 50447**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Spot Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | **$49,121.71** |
| 3.145 | **Rusty Olson**<br>**2915 Valley Road**<br>**Garner, IA 50438**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract 1027**<br>**Contract 1145**<br>**Contract 2002**<br>Is the claim subject to offset? ■ No ☐ Yes | **$103,115.92** |
| 3.146 | **Ryan Ludvigson**<br>**15 Avanta Way, Ste. 1**<br>**Billings, MT 59102**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Grain**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,501.50** |
| 3.147 | **S & S Trucking**<br>**140 Howard Ave.**<br>**PO Box 27**<br>**Woden, IA 50484**<br>Date(s) debt was incurred **10/01/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,080.00** |
| 3.148 | **Sanko Shokuhin Co., Ltd.**<br>**c/o Yuki Utsumi**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.149 | **Scales Sales & Service LLC**<br>**8615 Vernon Avenue**<br>**Omaha, NE 68134**<br>Date(s) debt was incurred **04/28/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Scale**<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,138.86** |
| 3.150 | **Scoop Media**<br>**PO Box 278**<br>**Trenton, NE 69044**<br>Date(s) debt was incurred **08/31/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Advertising**<br>Is the claim subject to offset? ■ No ☐ Yes | **$24.00** |
| 3.151 | **Scott Larson**<br>**2815 Ford Avenue**<br>**Britt, IA 50423**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Farmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract 1097 Contract 1170**<br>Is the claim subject to offset? ■ No ☐ Yes | **$87,525.89** |
| 3.152 | **Secoma**<br>**c/o Rhoichi Hashiguchi**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,038.88** |
| 3.153 | **SFM**<br>**PO Box 583178**<br>**Minneapolis, MN 55458-3178**<br>Date(s) debt was incurred **10/04/2022**<br>Last 4 digits of account number **4206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$116.00** |
| 3.154 | **Sojitz**<br>**c/o Yoshifumi Kawasaki**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Freight**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.155 | **Spahn Properties, LLC**<br>**70318 Haigler Rd.**<br>**Haigler, NE 69030**<br>Date(s) debt was incurred **07/15/2022**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,100.00** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.156 **Nonpriority creditor's name and mailing address**
**Spirit Hybrids, LLC**
**14575 University Ave.**
**Waukee, IA 50263**
**Date(s) debt was incurred** 08/31/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,669.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Seed
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
**St. Francis Equity**
**PO Box 545**
**Saint Francis, KS 67756**
**Date(s) debt was incurred** 08/20/2022
**Last 4 digits of account number** 4580

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,467.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Feed Supplies
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
**St. Francis Mercantile Equity Exchange**
**123 N River Street**
**PO Box 545**
**Saint Francis, KS 67756**
**Date(s) debt was incurred** 07/01/2022, 08/01/2022 & 09/01/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,614.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Feed Supplies
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**State Grain Inspections, Inc.**
**PO BOX 11710**
**Bozeman, MT 59719**
**Date(s) debt was incurred** 08/27/2022, 09/1//2022 & 10/08/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,638.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Grain Inspection
Is the claim subject to offset? ■ No ☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
**Steele-Waseca Cooperative Electric**
**P.O. Box 485**
**Owatonna, MN 55060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,328.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Storey Kenworthy/Matt Parrott**
**309 Locust Street**
**Des Moines, IA 50309**
**Date(s) debt was incurred** 07/07/2022 & 09/30/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,065.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Paper
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Stratton Equity Cooperative Co.**
**98 Colorado Ave.**
**PO Box 25**
**Stratton, CO 80836-0025**
**Date(s) debt was incurred** 08/31/2022
**Last 4 digits of account number** 6779

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,732.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Feed Supplies
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.163 **Nonpriority creditor's name and mailing address**
**Stratton Seed Company**
**1530 Hwy 79 S.**
**PO Box 1088**
**Stuttgart, AR 72160**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Farmer

**As of the petition filing date, the claim is:** *Check all that apply.* **$105,345.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Invoice 2946 Invoice 3084 Invoice 1958 Invoice 2388 Invoice 1345 Invoice 1980
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**SunOpta**
**7301 Ohms Ln #600**
**Edina, MN 55439**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$995,961.63**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Grain
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**The Organic & Non-GMO Report**
**PO Box 436**
**Fairfield, IA 52556**
**Date(s) debt was incurred** 05/23/2022, 07/26/2022, & 09/19/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Advertising
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Theresa Garman**
**c/o David Kirsch**
**125 240th Street**
**Wesley, IA 50483**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,710.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Grain
Is the claim subject to offset? ■ No ☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
**TKO Pest Control, LLC**
**PO Box 223**
**Palisade, NE 69040**
**Date(s) debt was incurred** 09/21/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$253.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Pest Control
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**TQL**
**PO Box 634558**
**Cincinnati, OH 45263**
**Date(s) debt was incurred** 07/15/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Freight
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Tradelanes, Inc.**
**950 Tower Lane, Suite 2100**
**Foster City, CA 94404**
**Date(s) debt was incurred** 11/01/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Software
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|---|
| 3.170 | **Trung Minh Thanh Trading Co., LTD**<br>**c/o Trinh Tranh**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Freight<br>Is the claim subject to offset? ■ No ☐ Yes | $14,348.50 |
| 3.171 | **ULINE**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741**<br>Date(s) debt was incurred Various<br>Last 4 digits of account number 8689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Supplies<br>Is the claim subject to offset? ■ No ☐ Yes | $791.47 |
| 3.172 | **Union Pacific Railroad Co.**<br>**12567 Collections Center**<br>**Chicago, IL 60693**<br>Date(s) debt was incurred 10/05/2022<br>Last 4 digits of account number 5528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Lease Payments<br>Is the claim subject to offset? ■ No ☐ Yes | $16,170.00 |
| 3.173 | **United Bags, Inc.**<br>**PO Box 208548**<br>**Dallas, TX 75320-8548**<br>Date(s) debt was incurred 09/09/2022<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Bags<br>Is the claim subject to offset? ■ No ☐ Yes | $21,679.25 |
| 3.174 | **Valor Victoria Ltd.**<br>**Attn: Accounting**<br>**1631 N. Emerson Street, Unit 217**<br>**Denver, CO 80218**<br>Date(s) debt was incurred Various<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Freight<br>Is the claim subject to offset? ■ No ☐ Yes | $116,056.56 |
| 3.175 | **Verlan Van Wyk**<br>**PO Box 246**<br>**Sully, IA 50251**<br>Date(s) debt was incurred _<br>Last 4 digits of account number Farmer | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Contract 5352<br>Is the claim subject to offset? ■ No ☐ Yes | $33,086.93 |
| 3.176 | **Walnut Grove Farm**<br>**c/o Menno Borntreger**<br>**5052 Nuthatch Avenue**<br>**Northwood, IA 50459**<br>Date(s) debt was incurred _<br>Last 4 digits of account number Farmer | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Contract 1100<br>Is the claim subject to offset? ■ No ☐ Yes | $41,640.25 |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**
Name

3.177 **Nonpriority creditor's name and mailing address**
**Waste Management**
**PO Box 4648**
**Carol Stream, IL 60197-4648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **3008**

**As of the petition filing date, the claim is:** *Check all that apply.* **$140.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Garbage**
Is the claim subject to offset? ■ No ☐ Yes

---

3.178 **Nonpriority creditor's name and mailing address**
**WeFarm Organics (Eden Org. Grains, LLC)**
**16217 Heron Ave.**
**La Mirada, CA 90638**
**Date(s) debt was incurred** **12/21/2021 & 01/31/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Grain**
Is the claim subject to offset? ■ No ☐ Yes

---

3.179 **Nonpriority creditor's name and mailing address**
**Woodward Repair**
**1004 W. Main Street**
**Kasson, MN 55944**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,360.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vehicle Repair**
Is the claim subject to offset? ■ No ☐ Yes

---

3.180 **Nonpriority creditor's name and mailing address**
**World Food Processing, LLC dba PURIS**
**4301 World Food Ave.**
**Oskaloosa, IA 52577**
**Date(s) debt was incurred** **06/02/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$484,361.79**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Grain**
Is the claim subject to offset? ■ No ☐ Yes

---

3.181 **Nonpriority creditor's name and mailing address**
**Wray Auto Parts**
**125 W. 3rd Street**
**Wray, CO 80758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$84.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Auto Parts**
Is the claim subject to offset? ■ No ☐ Yes

---

3.182 **Nonpriority creditor's name and mailing address**
**Yam Thye & Co.**
**c/o Lee Kuan Seng**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,814.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Freight**
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bradley Kruse**<br>**Dickinson, Mackaman, Tyler & Hagen PC**<br>**699 Walnut St., Ste 1600**<br>**Des Moines, IA 50309** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number (if known) **22-00669**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Brian Koenig**<br>**Koley Jessen P.C., L.L.O.**<br>**1125 S. 103rd St., Ste 800**<br>**Omaha, NE 68124** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Christopher A. Kreuder**<br>**Faegre Drinker Biddle & Reath LLP**<br>**801 Grand Ave., 33rd Floor**<br>**Des Moines, IA 50309** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Christopher K. Loftus**<br>**Simmons Perrine Moyer Bergman PLC**<br>**1150 5th St., Suite 170**<br>**Coralville, IA 52241** | Line **3.129**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Douglas D. Anderson**<br>**Saul Ewing Arnstein & Lehr, LLP**<br>**33 South 6th St., Suite 4750**<br>**Minneapolis, MN 55402** | Line **3.129**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Instafunder**<br>**1019 Kane Concourse**<br>**Bay Harbor Islands, FL 33154** | Line **3.142**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **John Cruciani**<br>**Husch Blackwell LLP**<br>**4801 Main St., Suite 1000**<br>**Kansas City, MO 64112-2551** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Lisa K. Pendroy**<br>**Pendroy Law Firm**<br>**PO Box 12013**<br>**Des Moines, IA 50312-4038** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Matthew L. Roth**<br>**Simmons Perrine Moyer Bergman PLC**<br>**115 Thrid St. SE, Suite 200**<br>**Cedar Rapids, IA 52401-1266** | Line **3.129**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **62,799.91** |
| **5b. Total claims from Part 2** | 5b. | + | $ **14,057,134.23** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **14,119,934.14** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Nos. 18193, 18248, & 18239.** | |
| | State the term remaining | | **F.W. Cobs Company, Inc.**<br>**PO Box 30**<br>**Saint Albans Bay, VT 05481** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2020 Ford F150 Supercrew - Acct # 6797** | |
| | State the term remaining | **4 years** | **Ford Credit**<br>**PO Box 552679**<br>**Detroit, MI 48255-2679** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2020 Ford F150 - Acct # 5214** | |
| | State the term remaining | **4 years** | **Ford Credit**<br>**PO Box 552679**<br>**Detroit, MI 48255-2679** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract #HFP21A20-22** | |
| | State the term remaining | | **Howlett Farms, Inc.**<br>**Attn: Cliff Howlett**<br>**1692 Kent Ave.**<br>**Britt, IA 50423** |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Global Processing, Inc.** Case number (*if known*) **22-00669**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract #4007** | **Krienke Foods International Inc.**<br>**Attn: Caleb Krienke**<br>**1716 Stuart Ave.**<br>**Mountain Lake, MN 56159** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Real Estate Contract** | **Matt & Vicki Peterson**<br>**10160 743rd Rd.**<br>**Bertrand, NE 68927** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Real Estate Contract** | **Rocky & DeAnne Peterson**<br>**74799 438th Rd.**<br>**Bertrand, NE 68927** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract #022030** | **Speltz Farms, Inc.**<br>**19457 County Rd 28**<br>**Altura, MN 55910** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Contract #'s 3071 & 3101** | **SunOpta, Inc.**<br>**7301 Ohms Ln #600**<br>**Minneapolis, MN 55439** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chris Olson** | **833 S. 5th St.**<br>**Albion, NE 68620** | **AgDirect/Farm Credit Services of America** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Chris Olson** | **833 S. 5th St.**<br>**Albion, NE 68620** | **AgDirect/Farm Credit Services of America** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **David M. Wilcox** | **945 150th St.**<br>**Kanawha, IA 50447** | **Farmers Trust & Savings Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.4 | **David M. Wilcox** | **945 150th St.**<br>**Kanawha, IA 50447** | **Farmers Trust & Savings Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.5 | **David M. Wilcox** | **945 150th St.**<br>**Kanawha, IA 50447** | **Farmers Trust & Savings Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **David M. Wilcox** | **945 150th St.<br>Kanawha, IA 50447** | **Farmers Trust & Savings Bank** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.7 | **David M. Wilcox** | **945 150th St.<br>Kanawha, IA 50447** | **Farmers Trust & Savings Bank** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.8 | **Kim Pleggenkuhle** | **2503 S 3rd St<br>Clear Lake, IA 50428-2834** | **Farmers Trust & Savings Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.9 | **Kim Pleggenkuhle** | **2503 S 3rd St<br>Clear Lake, IA 50428-2834** | **Farmers Trust & Savings Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.10 | **Kim Pleggenkuhle** | **2503 S 3rd St<br>Clear Lake, IA 50428-2834** | **Farmers Trust & Savings Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.11 | **Kim Pleggenkuhle** | **2503 S 3rd St<br>Clear Lake, IA 50428-2834** | **Farmers Trust & Savings Bank** | ■ D **2.7**<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Global Processing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **22-00669**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$26,300,000.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$28,020,986.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$17,524,138.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Natural Processors, Inc.<br>600 Stevens Port Drive, Ste. 325<br>Dakota Dunes, SD 57049** | **09/22/2022** | **$19,026.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Ed Hillenga Trucking<br>415 260th St.<br>Wesley, IA 50483** | **09/07/2022 - $8,145.00<br>10/17/2022 - $8,200.00** | **$16,345.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | **Hancock County Treasurer<br>855 State Street<br>PO Box 70<br>Garner, IA 50438** | **09/07/2022 - 8,927.00<br>10/18/2022 - $789.00** | **$9,716.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.4. | **Hankins Trucking, LLC<br>PO Box 198<br>Corwith, IA 50430** | **07/28/2022 - $9,165.60<br>08/29/2022 - $19,916.94<br>09/20/2022 - $8,346.54<br>10/17/2022 - $8,119.32** | **$45,548.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. | **Iowa Soybean Association<br>PO Box 8174<br>Des Moines, IA 50301** | **07/25/2022 - $12,549.01<br>07/28/2022 - $1,545.65<br>08/24/2022 - $5,107.03<br>09/28/2022 - $9,048.60** | **$24,749.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. | **Jim Shaver Trucking<br>34264 140th Street SE<br>Mentor, MN 56736** | **07/28/2022 - $6,808.66<br>09/07/2022 - $5,836.84<br>09/20/2022 - $6,948.00<br>10/17/2022 - $3,405.34** | **$22,998.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. | **PT Brokers<br>PO Box 1949<br>201 E. Sunflower Road, Suite 12<br>Cleveland, MS 38732** | **07/28/2022 - $13,300.10<br>08/29/2022 - $15,898.55<br>09/15/2022 - $11,916.09** | **$41,114.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **S & S Trucking<br>140 Howard Ave.<br>PO Box 27<br>Woden, IA 50484** | **07/28/2022 - $13,581.50<br>10/17/2022 - $8,759.23<br>10/18/2022 - $2,234.40** | **$24,575.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.9. | **Valor Victoria Ltd.<br>Attn: Accounting<br>1631 N. Emerson Street, Unit 217<br>Denver, CO 80218** | **09/07/2022 - $8,203.35<br>09/26/2022 - $500.00** | **$8,703.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. | **Doug Martins<br>24475 20th Street<br>Fairbank, IA 50629** | **09/30/2022 - $14,614.46** | **$14,614.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11. | **American Funds Investment<br>PO BOX 659530<br>San Antonio, TX 78265** | **08/04/2022 - $2,287.90<br>08/04/2022 - $2,128.52<br>08/04/2022 - $2,102.11<br>08/26/2022 - $2,214.80** | **$8,733.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | **BNSF Railway Company<br>3110 Solutions Center<br>Chicago, IL 60677-3001** | **07/28/2022 - $6,425.69<br>09/30/2022 - $6,269.33** | **$12,695.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | **Chase Freedom<br>201 N. Walnut Street<br>DE1-0153<br>Wilmington, DE 19801** | **07/26/2022 - $11,361.40<br>08/01/2022 - $14,590.21** | **$25,951.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.14. | **Chase Sapphire<br>Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197** | **07/26/2022 - $12,629.23** | **$12,629.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.15. | **Chris Hillenga Trucking<br>2575 Deer Avenue<br>Wesley, IA 50483** | **10/17/2022 - $4,950.00<br>10/19/2022 - $3,200.00** | **$8,150.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Conveyco<br>3470 Washinton Dr., Ste. 211<br>Egan, MN 55122** | **07/28/2022 - $8,250.00<br>10/21/2022 - $8,200.00** | **$16,450.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17. | **DEML Logistics LLC<br>11002 Co. Rd 45 South<br>Owatonna, MN 55060** | **07/28/2022 - $1,887.00<br>07/28/2022 - $9,188.21<br>09/07/2022 - $7,974.90<br>10/17/2022 - $7,495.91** | **$26,546.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. | **Eclipse Transervices Corp.<br>513 E Court St, 2nd Floor<br>PO Box 68<br>Beatrice, NE 68310-0068** | **07/28/2022 - $6,911.45<br>08/17/2022 - $9,614.48** | **$16,525.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.19. | **Express Logistics<br>4651 121st Street<br>Urbandale, IA 50323** | **07/28/2022 - $4,850.00<br>08/30/2022 - $9,550.00** | **$14,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.20. **Farmers Trust & Savings Bank**<br>**202 Main Ave. North**<br>**Britt, IA 50423** | **07/25/2022 - $129,731.36**<br>**08/01/2022 - $1,393.73**<br>**08/10/2022 - $12,053.58**<br>**08/11/2022 - $70,100.3.**<br>**08/11/2022 - $14,500.00**<br>**08/15/2022 - $120.00**<br>**08/24/2022 - $274,647.28**<br>**08/29/2022 - $91,775.23**<br>**09/02/2022 - $403,549.45**<br>**09/08/2022 - $23,904.54**<br>**09/09/2022 - $86,961.07**<br>**09/09/2022 - $14,500.00**<br>**09/16/2022 - $42,863.34**<br>**09/19/2022 - $54,846.67**<br>**09/30/2022 - $13,444.97**<br>**10/04/2022 - $50,365.61**<br>**10/11/2022 - $4,212.97**<br>**10/17/2022 - $110,708.69**<br>**10/19/2022 - $28,743.11** | **$1,358,321.60** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. **Foodchain ID**<br>**504 N 4th Street**<br>**Fairfield, IA 52556** | **07/26/2022 - $10,293.00**<br>**09/06/2022 - $2,998.00** | **$13,291.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.22. **Jaeschke Trucking**<br>**3379 5th Ave South**<br>**Fort Dodge, IA 50501** | **07/28/2022 - $1,079.25**<br>**07/29/2022 - $6,656.70**<br>**10/17/2022 - $3,387.67** | **$11,123.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.23. **K & M Tire**<br>**PO Box 279**<br>**Delphos, OH 45833** | **07/28/2022 - $5,497.00**<br>**09/07/2022 - $4,790.12**<br>**09/20/2022 - $2,197.36** | **$12,484.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.24. | **MCA Track/Riverpoint Capital<br>1 Liberty St., # 2002<br>New York, NY 10006** | **07/27/2022 - $24,333.35<br>08/03/2022 - $24,333.35<br>08/08/2022 - $24,333.35** | **$73,000.05** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25. | **Midwest Family Mutual Insurance Co.<br>PO Box 860593<br>Minneapolis, MN 55486-0593** | **08/01/2022 - $26,081.00** | **$26,081.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.26. | **North Star Container, LLC<br>7400 Metro Blvd., Ste. 300<br>Edina, MN 55439** | **07/28/2022 - $22,661.26<br>09/07/2022 - $9,110.38<br>09/20/2022 - $13,082.89** | **$44,854.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.27. | **Northern Iowa Grain Processors, LLC<br>12456 Addison Ave.<br>Riceville, IA 50466** | **08/15/2022 - $30,362.60<br>09/09/2022 - $5,738.00<br>09/14/2022 - $389.00** | **$36,489.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.28. | **Wellmark BlueCross BlueShield<br>Post Office Box 10353<br>Des Moines, IA 50306** | **08/02/2022 - $17,340.16** | **$17,340.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. | **ADM / Harvest Innovations<br>PO Box 92572<br>Chicago, IL 60675-2572** | **07/27/2022 - $135,739.80<br>08/11/2022 - $110,981.52<br>08/19/2022 - $148,322.34** | **$395,043.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.30. | **Arkman Logistics USA Inc.<br>6131 Orangethorp Ave., Ste. 170C<br>Buena Park, CA 90620** | **07/28/2022 - $10,450.00** | **$10,450.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.31. | **Benson Hill, Inc.<br>1001 N. Warson Rd.<br>Saint Louis, MO 63132** | **08/30/2022 - $65,099.70** | **$65,099.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.32. | **El Dorado/PROAMPAC<br>25366 Network Place<br>Chicago, IL 60673-1253** | **07/27/2022 - $8,273.90** | **$8,273.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.33. | **Hutchison Western<br>PO Box 1158<br>Adams City, CO 80022** | **09/30/2022 - $18,162.95** | **$18,162.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.34. | **Ray-Mont Logistics<br>300 N Mullan Rd., Ste. 101<br>Spokane Valley, WA 99206** | **09/07/2022 - $21,480.00** | **$21,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.35. | **Reicks Way Logistics<br>11275 145th Road<br>Amherst, NE 68812** | **07/28/2022 - $7,109.62<br>09/08/2022 - $5,389.89** | **$12,499.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.36. | **Day Rettig Martin, P.C.<br>150 1st Ave. NE<br>P.O. Box 2877<br>Cedar Rapids, IA 52401** | **10/24/2022** | **$12,560.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.37. | **Greg DeWeese<br>4875 Linden Cove Lane<br>Savage, MN 55378** | **10/20/2022 - $2,875.00<br>10/23/2022 - $312.50** | **$3,187.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.38. | **GSL<br>407 McGill Street, Suite 315<br>Montreal Quebec H27 2G3<br>Canada** | **July 25, 2022 - October 11, 2022** | **$326,657.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment on account made with grain** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.39. | **All Star Trading**<br>**2100 CLEARWATER DR, SUITE 320**<br>**Oak Brook, IL 60523** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment on account with grain** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Dave Wilcox**<br>**24842 617th St.**<br>**Mantorville, MN 55955**<br>**President** | **Once a month** | **$24,000.00** | **Restitution** |
| 4.2. | **Dave Wilcox**<br>**24842 617th St.**<br>**Mantorville, MN 55955**<br>**President** | **09/30/2022** | **$8,010.90** | **Interest payment to Farmers Trust & Savings Bank on Line of Credit for Global Processing on behalf of Dave Wilcox** |
| 4.3. | **Various Credit Cards**<br>**NA**<br>**President** | **Various** | **Unknown** | **Payments to credit card companies. Credit cards in name of Dave Wilcox and Global Processing used by employees to pay Global expenses, primarily.** |
| 4.4. | **Dave Wilcox**<br>**24842 617th St.**<br>**Mantorville, MN 55955**<br>**President** | **December 2021** | **$5,300.00** | **Embryo Purchase** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Global Processing, Inc. v. Krienke Foods International, Inc.<br>LACV027075** | **Collection** | **Cherokee County, Iowa<br>520 W. Main Street<br>Cherokee, IA 51012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **World Food Processing, LLC d/b/a Puris v. Global Processing, Inc.<br>LACV019996** | **Contract** | **Hancock County, Iowa<br>855 State Street<br>Garner, IA 50438** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **F.W. Cobs Company, Inc. v. Global Processing, Inc.<br>LACV019998** | **Collection** | **Hancock County, Iowa<br>855 State Street<br>Garner, IA 50438** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Pipeline Foods, LLC v. Global Processing, Inc.<br>CVCV019956** | **Collection** | **Hancock County, Iowa<br>855 State Street<br>Garner, IA 50438** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **In re: Warehouse & Grain Dealers License For Global Processing, Inc., 945 150th Street, Kanwha, IA 50447<br>23IDALSGD0002** | **Grain Dealers Licensing** | **Iowa Department of Inspections & Appeals<br>Wallace State Office Building, 3rd Floor<br>Des Moines, IA 50319** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Wounded Warrior Project<br>PO Box 758516<br>Topeka, KS 66675-8516** | **Cash Donation** | **August 2022** | **$25,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Hail damage to 945 150th Street, Kanawha, IA 50447 facility.** | **0.00** | **May 2022** | **$550,000.00** |
| **Hail/wind damage to roof of Lexington, NE facility.** | **$7000.00** | **May 2022** | **$48,000.00** |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Day Rettig Martin, P.C.<br>150 1st Ave. NE<br>P.O. Box 2877<br>Cedar Rapids, IA 52401** | **Debtor's counsel has received $25,000.00 of which $1,738.00 was earmarked for the Chapter 11 Filing Fee, $12,260.00 was used for services and costs, some of which were not directly related to the bankruptcy filing but were ancillary to it. There remains a balance of $11,002.00 in trust for Global Processing, Inc.** | **10/11/2022** | **$25,000.00** |

**Email or website address**
**www.drpjlaw.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k through American Funds Investment** | EIN: **27-072990** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Johnson SEED Warehouse<br>575 120th Street<br>Kanawha, IA 50447** | **Jake Johnson** | **Seed** | ■ No<br>☐ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Amy Richter**<br>**3107 180th Avenue**<br>**Titonka, IA 50480** | **ended employment 09/01/2022** |
| 26a.2. | **Star Hanson**<br>**322 E. 1st Street**<br>**Kanawha, IA 50447** | **Ended employment 09/01/2022** |
| 26a.3. | **Keith Oltrogge, CPA, PC**<br>**201 E. Main Street**<br>**Denver, IA 50622** | **2012 - Present** |
| 26a.4. | **Andrea McClintic**<br>**945 150th Street**<br>**Kanawha, IA 50447** | **March 2022 - Present** |
| 26a.5. | **Lana Thompsen**<br>**3824 SW 93rd St.**<br>**Hope, MN 56046** | **July 2022 - Present** |
| 26a.6. | **Laurie Scheur**<br>**945 150th Street**<br>**Kanawha, IA 50447** | **2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Iowa Dept. of Agriculture & Land Steward**<br>**502 E. 9th Street**<br>**Des Moines, IA 50319** | |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Oertli & Pleschourt, LLP**<br>**5105 Highway 52 N.**<br>**Rochester, MN 55901** | **2021 Tax Prep**<br>**2020 Tax Prep** |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.3. | **Keith Oltrogge, CPA, PC**<br>**201 E. Main Street**<br>**Denver, IA 50622** | **2012 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Iowa Dept. of Agriculture & Land Steward**<br>**502 E. 9th Street**<br>**Des Moines, IA 50319** | |
| 26c.2. | **Keith Oltrogge, CPA, PC**<br>**201 E. Main Street**<br>**Denver, IA 50622** | |
| 26c.3. | **Oertli & Pleschourt, LLP**<br>**5105 Highway 52 N.**<br>**Rochester, MN 55901** | |
| 26c.4. | **Farmers Trust & Savings Bank**<br>**202 Main Ave. North**<br>**Britt, IA 50423** | |
| 26c.5. | **Great Plains State Bank**<br>**140 Main Street**<br>**Petersburg, NE 68652** | |
| 26c.6. | **Farm Credit Services of America**<br>**PO Box 2409**<br>**Omaha, NE 68103** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Iowa Dept. of Agriculture & Land Steward**<br>**502 E. 9th Street**<br>**Des Moines, IA 50319** |
| 26d.2. | **Keith Oltrogge, CPA, PC**<br>**201 E. Main Street**<br>**Denver, IA 50622** |
| 26d.3. | **Oertli & Pleschourt, LLP**<br>**5105 Highway 52 N.**<br>**Rochester, MN 55901** |
| 26d.4. | **Farmers Trust & Savings Bank**<br>**202 Main Ave. North**<br>**Britt, IA 50423** |
| 26d.5. | **Great Plains State Bank**<br>**140 Main Street**<br>**Petersburg, NE 68652** |


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| Name and address |
|---|
| 26d.6. **Farm Credit Services of America**<br>**PO Box 2409**<br>**Omaha, NE 68103** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Scott Richter** | **July 2022** | **79,063.70 Bushels** |
| | Name and address of the person who has possession of inventory records | | |
| | **Global Processing, Inc.**<br>**945 150th Street**<br>**Kanawha, IA 50447** | | |
| 27.2. | **State of Iowa** | **October 2022** | **$2,050,554.79** |
| | Name and address of the person who has possession of inventory records | | |
| | **Iowa Dept. of Agriculture & Land Steward**<br>**502 E. 9th Street**<br>**Des Moines, IA 50319** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David M. Wilcox** | **945 150th St.**<br>**Kanawha, IA 50447** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Global Processing, Inc.** Case number *(if known)* **22-00669**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David M. Wilcox**<br>**945 150th St.**<br>**Kanawha, IA 50447**<br>Relationship to debtor<br>**President** | **$247,500.00** | **Various** | **2021 Compensation & Year End Bonus** |
| 30.2. | **Dave Wilcox**<br>**24842 617th St.**<br>**Mantorville, MN 55955**<br>Relationship to debtor<br>**President** | **$117,410.00 - aprox.** | **Various** | **Compensation** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 21, 2022**

**/s/ David M. Wilcox**
Signature of individual signing on behalf of the debtor

**David M. Wilcox**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Iowa

In re **Global Processing, Inc.** Debtor(s)

Case No. **22-00669**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Michael Wilcox**<br>**945 150th St.**<br>**Kanawha, IA 50447** | | **100%** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 21, 2022**

Signature **/s/ David M. Wilcox**
**David M. Wilcox**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3E Electrical, Engineering & Equip. Co.
PO Box 850365
Minneapolis, MN 55485-0365

A & P Enterprises, Inc.
2521 River Road
Waterloo, NE 68069

Abbey Teel
919 S Main St.
Clarion, IA 50525

AC/DC Welding & Construction
11 5th Ave.
Livermore, IA 50558

Acuity, A Mutual Insurance Company
PO Box 58
Sheboygan, WI 53082

AG Advantage, Inc.
PO Box 715
Fort Dodge, IA 50501

Ag Aero Ltd.
4406 30th Ave.
Armstrong, IA 50514

AgDirect/Farm Credit Services of America
PO Box 2409
Omaha, NE 68103

ALG Worldwide
PO Box 66725
Chicago, IL 60666

ALPHAMEDIA USA
1418 25th Street
Columbus, NE 68601

Amber Kluver-Heimer
540 310th St.
Woden, IA 50484

American Natural Processors, Inc.
600 Stevens Port Drive, Ste. 325
Dakota Dunes, SD 57049

Amerigas
PO Box 660288
Dallas, TX 75266-0288

Andrea McClintic
103 W Rochelle St
Elwood, NE 68937

Andy Anderson
429 365th Street
Hanlontown, IA 50444

Apis Corporation
c/o Nguyen Tran Dinh Qui

Archer Daniel Midland Company
North American Headquarters
Corporate Credit Department
PO Box 1470
Decatur, IL 62525

Arkman Logistics USA Inc.
6131 Orangethorp Ave., Ste. 170C
Buena Park, CA 90620

ATC Ccmmunications
PO Box 300
Arapahoe, NE 68922-0300

Atsuko Uchiyama

Austin Reed
21 Lodge Trail Drive
Monticello, IL 61856

Baird Seed Company
1122 Knox Highway 18
Williamsfield, IL 61489

Ben Abbas
1475 Killdeer Avenue
Hampton, IA 50441

Benson Hill, Inc.
1001 N. Warson Rd.
Saint Louis, MO 63132

Best-One of Kansas, Inc.
PO Box 268
Great Bend, KS 67530

Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001

Blish-Mize Co.
PO Box 877850
Kansas City, MO 64187-7850

BNSF Railway Company
3110 Solutions Center
Chicago, IL 60677-3001

Bradley Kruse
Dickinson, Mackaman, Tyler & Hagen PC
699 Walnut St., Ste 1600
Des Moines, IA 50309

Brandon Klemmensen
PO BOX 44
Hope, MN 56046

Brian D. Jones
Siegrist, Jones & Bakke
94 Main Ave. North
Britt, IA 50423

Brian Koenig
Koley Jessen P.C., L.L.O.
1125 S. 103rd St., Ste 800
Omaha, NE 68124

Brian Waage
1351 West Hwy 30
Ellendale, MN 56026

BW Telcom
PO Box 645
Benkelman, NE 69021-0645

Canadec Pte Ltd.
c/o Shan Lim/Nancy

Cargill
PO Box 1748
Cedar Rapids, IA 52406-1748

Central Valley Ag
PO Box 429
York, NE 68467

Cereal Byproducts
601 East Kensington Rd.
Mount Prospect, IL 60056

Chad Stannard
24749 619th St.
Mantorville, MN 55955

Chris Olson
833 S 5th St.
Albion, NE 68620

Chris Olson
833 S. 5th St.
Albion, NE 68620

Christopher A. Kreuder
Faegre Drinker Biddle & Reath LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309

Christopher K. Loftus
Simmons Perrine Moyer Bergman PLC
1150 5th St., Suite 170
Coralville, IA 52241

City of York
100 E. 4th Street
York, NE 68467

Commodity Services, Inc.
1501 S. State Street, Suite 200
Fairmont, MN 56031

Compuweigh Corporation
50 Middle Quarter Road
Woodbury, CT 06798

Conveyco
3470 Washinton Dr., Ste. 211
Egan, MN 55122

COSO Logistics
PO Box 508
Mokena, IL 60448

Culligan
4860 4th Street SW
Mason City, IA 50401

Cundiff Farms
c/o Barry Alexander
5601 Cerulean Road
Cozid, KY 42211

Dale Dahlby
4851 Olive Ave.
Northwood, IA 50459

Dan Kiefer
70420 130th St.
Taopi, MN 55977

Dan Olsgaard
14293 40th St. South
Moorhead, MN 56560

Dave Ruhter
56201 290th Street
Austin, MN 55912

Dave Wilcox
24842 617th St.
Mantorville, MN 55955

David Kirsch & Associates
125 240th Street
Wesley, IA 50483

David Voigt/Diamond D LLC
69875 170th St.
Taopi, MN 55977

Dawson Public Power District
PO Box 777
Lexington, NE 68850

De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Debra Schindler
c/o David Kirsch
125 240th Street
Wesley, IA 50483

DEML Logistics LLC
11002 Co. Rd 45 South
Owatonna, MN 55060

Denton Haag
71346 Rd. 403
Bartley, NE 69020

Doug Martins
24475 20th Street
Fairbank, IA 50629

Douglas D. Anderson
Saul Ewing Arnstein & Lehr, LLP
33 South 6th St., Suite 4750
Minneapolis, MN 55402

Dustin Langholz
7135 115th Road
Elm Creek, NE 68836

Eagle Ridge Farms, Inc
1063 Hoffman Rd
Loogootee, IN 47553

Earl W. Hill
Earl W. Hill Law Offices, Healy-Way Bldg
35 Main Ave. S
PO Box 301
Britt, IA 50423

Eclipse Transervices Corp.
513 E Court St, 2nd Floor
PO Box 68
Beatrice, NE 68310-0068

Ed Hillenga Trucking
415 260th St.
Wesley, IA 50483

Ed's Machining & Fabrication, Inc.
36645 US HIGHWAY 385
Wray, CO 80758

El Dorado/PROAMPAC
25366 Network Place
Chicago, IL 60673-1253

Engh Seed
Attn: Kim Pleggenkuhle
500 3rd St. NE
Mason City, IA 50401

Envirologix Inc.
500 Riverside Industrial Pkwy
Portland, ME 04103

Ethan Kenney
605 N Easy St
Elm Creek, NE 68836

Express Logistics
4651 121st Street
Urbandale, IA 50323

F.W. Cobs Company Inc.
PO Box 30
Saint Albans Bay, VT 05481

Fairview Farms
2304 150th Street
Corwith, IA 50430

Faithway Alliance, LLC
PO Box 995
Guntersville, AL 35976

Farm News
PO Box 3367
Charleston, WV 25333

Farmers Trust & Savings Bank
202 Main Ave. North
Britt, IA 50423

Fastenal Company
PO Box 978
Winona, MN 55987-0978

FedEx
PO Box 94515
Palatine, IL 60094-4515

Ford Credit
PO Box 552679
Detroit, MI 48255-2679

Frenchman Valley Coop
PO Box 578
202 Broadway
Imperial, NE 69033-0578

Full Circle Organics LLC
15275 Ream Spring Road
Sedalia, MO 65301

Gilberto Castro
315 E 5th St.
Wray, CO 80758

GSL
407 McGill Street, Suite 315
Montreal Quebec H27 2G3
Canada

Hancock County Treasurer
855 State Street
PO Box 70
Garner, IA 50438

Hankins Trucking, LLC
PO Box 198
Corwith, IA 50430

Hansen-Mueller Co.
12231 Emmet St., Suite 1
Omaha, NE 68164

Hastings Equity Manufacturing
PO Box 729
Hastings, NE 68902-0729

Hawkeye IA Grain Systems/Sumner Electric
20656 190th Street
PO Box 126
Hawkeye, IA 52147

Hensley Battery LLC
7203 E 47th Avenue Dr
Denver, CO 80216

Herculift, Inc.
5655 Highway 12 West
PO Box 69
Maple Plain, MN 55359

Howlett Farm, Inc.
1885 Kent Avenue
Britt, IA 50423

Howlett Farms, Inc.
Attn: Cliff Howlett
1692 Kent Ave.
Britt, IA 50423

Huber Supply
385 Saint John Drive
Owatonna, MN 55060

Hutchison Western
PO Box 1158
Adams City, CO 80022

Illinois Crop Improvement Assoc
3105 Research Road
Champaign, IL 61822

Imperial NAPA
PO Box 846
Imperial, NE 69033

Instafunder
1019 Kane Concourse
Bay Harbor Islands, FL 33154

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319

Iowa Soybean Association
PO Box 8174
Des Moines, IA 50301

Ioway Farms
c/o Artees Vannett
3345 B Thrasher Road
White Cloud, KS 66094

Jacob Larson
Assistant Attorney General
Hoover Building
1305 E Walnut St. 2nd Floor
Des Moines, IA 50319

Jacob Smidt
1265 Echo Ave.
Kanawha, IA 50447

Jaeschke Trucking
3379 5th Ave South
Fort Dodge, IA 50501

Jaime Ortega Rojas
227 Atkinson Ave.
Haigler, NE 69030

James Kennedy, Bureau Chief
IDALS, Grin Warehouse Bureau
Wallace State Office Building
502 E. 9th St.
Des Moines, IA 50319

James Traub
15 Oakview Dr.
Monticello, IL 61856

Jayden Johanson
2030 Nash Ave
Britt, IA 50423

Jerod Wolff
941 29th St.
Spirit Lake, IA 51360

Jesse Boren
408 Frank Hall Dr
Albert Lea, MN 56007

Jesse Eigste
1300 Mt. Moriah Rd.
Otterville, MO 65348

Jessica Archer
37201 CR Gg
Wray, CO 80758

Jim Krull
1774 Hwy 105
Northwood, IA 50459

Jim Shaver Trucking
34264 140th Street SE
Mentor, MN 56736

JMS Millwright & Repair, Inc.
43351 Rd. 760
Lexington, NE 68850

John Cruciani
Husch Blackwell LLP
4801 Main St., Suite 1000
Kansas City, MO 64112-2551

Jordan VonRuden
2573 SE 108th St.
Owatonna, MN 55060

Jose Diaz
816 Hale St.
Wray, CO 80758

JRT Focus Farms
Attn. Troy Knoblock
2466 180th St.
Rock Rapids, IA 51246

K & M Tire
PO Box 279
Delphos, OH 45833

Kaltenheuser Farms
50690 270th St.
Ames, IA 50014

Kanawha Apartments Cooperative
208 West 5th Street
Kanawha, IA 50447

Kim & Sue Pleggenkuhle
2503 S 3rd St
Clear Lake, IA 50428-2834

Kim Pleggenkuhle
2503 S 3rd St
Clear Lake, IA 50428-2834

Krienke Foods International Inc.
Caleb Krienke, Registered Agent
1343 Arden View Dr.
Saint Paul, MN 55112

Krienke Foods International Inc.
Attn: Caleb Krienke
1716 Stuart Ave.
Mountain Lake, MN 56159

L.M. Irving Track Repair

Lana Thompsen
704 6th Street S
Ellendale, MN 56026

Larry Sharer
2373 320th St.
Jewell, IA 50130-7518

Laurie Scheur
1329 Hancock Ave.
Kanawha, IA 50447

Lee Agri-Media
Lee Advertising
PO Box 4690
Carol Stream, IL 60197-4690

Legend Seeds Inc.
PO Box 241
De Smet, SD 57231

Lisa K. Pendroy
Pendroy Law Firm
PO Box 12013
Des Moines, IA 50312-4038

Long Engineering LLC
13001 Twana Drive
Urbandale, IA 50323

Mametoke
c/o Ms. Sawaguri

Marco Tchnologies LLC
NW 7128
PO Box 1450
Minneapolis, MN 55485-7128

Mark Albertson
106 Parkside Drive
Goodfield, IL 61742

Mark Fredrickson
2350 390th Street
Grafton, IA 50440

Marusa Corporation
c/o Naemi Miyagishi

Massai Agricultural Services S.A.
Bello Horizonte 845 OF. 302
Rancagua, Cachapoal Province 2820000
CHILE

Material Solutions Consulting, LLC
6980 Cody Drive #45
West Des Moines, IA 50266

Matt & Vicki Peterson
10160 743rd Rd.
Bertrand, NE 68927

Matthew L. Roth
Simmons Perrine Moyer Bergman PLC
115 Thrid St. SE, Suite 200
Cedar Rapids, IA 52401-1266

Mead Lumber Co.
1740 Bill Babke Dr.
Columbus, NE 68601

Mediacom
6300 Council St NE
Cedar Rapids, IA 52402

Mediterranean Shipping Company
Freight Cashier Dept.
700 Watermark Blvd
Mount Pleasant, SC 29464

Menno Borntreger
5052 Nuthatch Avenue
Northwood, IA 50459

Mervin Anderson
429 365th Street
Hanlontown, IA 50444

MetroNet
1619 Dayton Ave Ste 314
Saint Paul, MN 55104

Michael Cunningham
Cunningham & Kelso PLLC
2830 100th St., Ste. 106
Urbandale, IA 50322

Michael Johnson
111 Hillhaven Dr.
Forest City, IA 50436

Midwest Family Mutual Insurance Co.
PO Box 860593
Minneapolis, MN 55486-0593

Midwest Laboratories, Inc.
PO Box 685
Gretna, NE 68028

Midwest Soya International, Inc.
500 3rd St. NE
Mason City, IA 50401

Minnesota Crop Improvement Association
1900 Hendon Ave.
Saint Paul, MN 55108

Minnesota Soybean Research (SPARC)
151 Saint Andrews Ct Ste 710
Mankato, MN 56001

Mitch Brummond
11972 County 2
Stewartville, MN 55976

Mizer Milling, Inc.
309 STATE STREET
Atwood, KS 67730

Myer Farms
c/o Duane & Michael Myer
4848 420th Avenue
Curlew, IA 50527

Nebraska Dept. of Agriculture/FSCP
FSCP/Weights & Measures
PO Box 94668
Lincoln, NE 68509

Nevada Soy Products
1150 Silver Spur Way
Plumas Lake, CA 95961

Nissin International Transport USA Inc.
PO Box 512391
Los Angeles, CA 90051-0391

North Star Container, LLC
7400 Metro Blvd., Ste. 300
Edina, MN 55439

Northern Bag and Box Company
311 S. 4th St. Suite #109
Grand Forks, ND 58201

Northern Iowa Grain Processors, LLC
12456 Addison Ave.
Riceville, IA 50466

Office of the General Counsel
US Department of Agriculture
PO Box 419205; Mail Stop 1401
Kansas City, MO 64141-6205

On-Site Computers Inc.
PO Box 513
Grand Meadow, MN 55936

Opins Coop
130 E. 10th Street
North Bend, NE 68649

Patrick Standke
3173 SE 118th St.
Blooming Prairie, MN 55917

PDM Distribution Services, Inc.
2728 6th Ave.
Des Moines, IA 50313

PH Farms
c/o Phillip Parish
3252 Oakgrove Loop
Eddyville, KY 42038

Pioneer Hi-Bred Int. Inc.
182 Industrial Parkway
Jackson, MN 56143

Pipeline Foods, LLC
6499 University Ave. NE, Suite 200
Minneapolis, MN 55432

Plunkett's Pest Control
Attn: Jeanette McCall
40 NE 52nd Way
Fridley, MN 55421

PT Brokers
PO Box 1949
201 E. Sunflower Road, Suite 12
Cleveland, MS 38732

QFRC - WRAY - Ace Hardware
333 Dexter St.
Wray, CO 80758

Queen Logistics, LLC
PO Box 849
Hickory, NC 28603

Quilling Farms
E 6146 610th Ave.
Menomonie, WI 54751

Randy Schroder
1456 190th Avenue
Ogilvie, MN 56358

Randy Schroht
3554 NW 57th Avenue
Owatonna, MN 55060

Ray-Mont Logistics
c/o Jackie Lyman
300 N Mullan Rd., Ste. 101
Spokane Valley, WA 99206

Reicks Way Logistics
11275 145th Road
Amherst, NE 68812

RFG Logistics Inc.
5820 SO 142nd St.
Omaha, NE 68137

Rhonda Myers
2406 W Olive St.
Decatur, IL 62526

Rich Bauer
2491 410th Street
Nerstrand, MN 55053

Richard Studer
c/o David Kirsch
125 240th Street
Wesley, IA 50483

Riverpoint Capital
1 Liberty St., # 2002
New York, NY 10006

Robert (Joe) Etherington
PO Box 833
Blooming Prairie, MN 55917

Robert Peton, Supervisor Grain Warehouse
IDALS
Wallace State Office Building
502 E. 9th St.
Des Moines, IA 50319

Rocky & DeAnne Peterson
74799 438th Rd.
Bertrand, NE 68927

Rocky Peterson
DeAnne Peterson
74799 Road 438
Bertrand, NE 68927

Rooster Strategic Solutions
PO Box 401
Clinton, IL 61727

Russell Peters
1030 Hill Avenue
Kanawha, IA 50447

Rusty Olson
2915 Valley Road
Garner, IA 50438

Ryan Ludvigson
15 Avanta Way, Ste. 1
Billings, MT 59102

S & S Trucking
140 Howard Ave.
PO Box 27
Woden, IA 50484

Sanko Shokuhin Co., Ltd.
c/o Yuki Utsumi

Scales Sales & Service LLC
8615 Vernon Avenue
Omaha, NE 68134

Scoop Media
PO Box 278
Trenton, NE 69044

Scott L. Halbur
Faegre Drinker Biddle & Reath LLP
801 Grand Ave., 33rd Floor
Des Moines, IA 50309

Scott Larson
2815 Ford Avenue
Britt, IA 50423

Secoma
c/o Rhoichi Hashiguchi

SFM
PO Box 583178
Minneapolis, MN 55458-3178

Shane Hagan
PO Box 241 Lakeshore 7 Dr 14-1
Elwood, NE 68937

Sojitz
c/o Yoshifumi Kawasaki

Spahn Properties, LLC
70318 Haigler Rd.
Haigler, NE 69030

Speltz Farms, Inc.
c/o Michael S. Dove
Gislason & Hunter LLP
PO Box
New Ulm, MN 56073-0458

Speltz Farms, Inc.
19457 County Rd 28
Altura, MN 55910

Spirit Hybrids, LLC
14575 University Ave.
Waukee, IA 50263

St. Francis Equity
PO Box 545
Saint Francis, KS 67756

St. Francis Mercantile Equity Exchange
123 N River Street
PO Box 545
Saint Francis, KS 67756

State Grain Inspections, Inc.
PO BOX 11710
Bozeman, MT 59719

Steele-Waseca Cooperative Electric
P.O. Box 485
Owatonna, MN 55060

Stephanie Hinz
Pickes, Barnes & Abernathy
PO Box 74170
Cedar Rapids, IA 52407

Storey Kenworthy/Matt Parrott
309 Locust Street
Des Moines, IA 50309

Stratton Equity Cooperative Co.
98 Colorado Ave.
PO Box 25
Stratton, CO 80836-0025

Stratton Seed Company
1530 Hwy 79 S.
PO Box 1088
Stuttgart, AR 72160

SunOpta
7301 Ohms Ln #600
Edina, MN 55439

SunOpta, Inc.
7301 Ohms Ln #600
Minneapolis, MN 55439

Terri Fritz, Director, Grain Warehouse &
Nebraska Public Service Commission
300 The Atrium, 1200 "N" St.
PO Box 94927
Lincoln, NE 68509

The Organic & Non-GMO Report
PO Box 436
Fairfield, IA 52556

Theresa Garman
c/o David Kirsch
125 240th Street
Wesley, IA 50483

TKO Pest Control, LLC
PO Box 223
Palisade, NE 69040

TQL
PO Box 634558
Cincinnati, OH 45263

Tradelanes, Inc.
950 Tower Lane, Suite 2100
Foster City, CA 94404

Trevor Matulka, Staff Attorney
Nebraska Public Service Commission
1200 N Street, Suite 300
Lincoln, NE 68508

Tristan Stock
11750 85th Rd.
Elm Creek, NE 68836

Trung Minh Thanh Trading Co., LTD
c/o Trinh Tranh

ULINE
PO Box 88741
Chicago, IL 60680-1741

Union Pacific Railroad Co.
12567 Collections Center
Chicago, IL 60693

United Bags, Inc.
PO Box 208548
Dallas, TX 75320-8548

US Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401

Valor Victoria Ltd.
Attn: Accounting
1631 N. Emerson Street, Unit 217
Denver, CO 80218

Verlan Van Wyk
PO Box 246
Sully, IA 50251

Vicki Wiebke
24842 617th St.
Mantorville, MN 55955

Walnut Grove Farm
c/o Menno Borntreger
5052 Nuthatch Avenue
Northwood, IA 50459

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

WeFarm Organics (Eden Org. Grains, LLC)
16217 Heron Ave.
La Mirada, CA 90638

Wilson Brajan Garcia
1033 Franklin St.
Wray, CO 80758

Woodward Repair
1004 W. Main Street
Kasson, MN 55944

World Food Processing, LLC dba PURIS
4301 World Food Ave.
Oskaloosa, IA 52577

Wray Auto Parts
125 W. 3rd Street
Wray, CO 80758

Yam Thye & Co.
c/o Lee Kuan Seng

**United States Bankruptcy Court**
**Northern District of Iowa**

| | | | |
|---|---|---|---|
| In re | **Global Processing, Inc.** | Case No. | **22-00669** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 21, 2022**

**/s/ David M. Wilcox**
**David M. Wilcox**/**President**
Signer/Title

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy